1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  J. Tobias Rowe, Esq. (SBN: 305596)
       rowe@braunhagey.com
3  Rebecca B. Horton, Esq. (SBN: 308052)
       horton@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, 2nd Floor
5  San Francisco, CA 94104
   Telephone:  (415) 599-0210
6  Facsimile:  (415) 276-1808

7  ATTORNEYS FOR PLAINTIFF
8  STONE BREWING CO., LLC

9

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA**

12

13

14  STONE BREWING CO., LLC,                Case No. 18-cv-0331-BEN-JMA

15       Plaintiff / Counterclaim          **NOTICE OF ERRATA TO**
         Defendant,                        **PLAINTIFF'S STONE BREWING**
16                                         **CO., LLC'S NOTICE OF MOTION**
            v.                             **AND MOTION TO DISMISS**
17                                         **AND/OR STRIKE DEFENDANT**
                                           **MILLERCOORS LLC'S**
18  MILLERCOORS LLC,                       **COUNTERCLAIMS (Dkt. 26)**

19       Defendant / Counterclaim
         Plaintiff

20

21

22

23

24

25

26

27

28

                                                  Case No. 18-cv-0331-BEN-JMA
                              NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that on May 8, 2018 during the electronic filing of Plaintiff Stone Brewing Co., LLC's Notice of Motion and Motion to Dismiss and/or Strike Defendant MillerCoors LLC's Counterclaims (Dkt. 26), Plaintiff's actual Notice of Motion was inadvertently omitted.  Pursuant to the instruction of the CM/ECF Clerk to refile the motion in full, Plaintiff will submit an Amended Notice of Motion and Motion to Dismiss Defendant MillerCoors LLC's Counterclaims, along with the recaptioned Memorandum of Points and Authorities and supporting pleadings, designated by an Amended caption.


Dated:  May 9, 2018                      Respectfully Submitted,

                                         BRAUNHAGEY & BORDEN LLP

                                         By:  s/J. Noah Hagey
                                                 J. Noah Hagey

                                         *Attorneys for Plaintiff*
                                         *Stone Brewing Co., LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on this 9th day of May, 2018, I electronically transmitted

3  the foregoing NOTICE OF ERRATA TO PLAINTIFF'S STONE BREWING CO.,

4  LLC'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE

5  DEFENDANT MILLERCOORS LLC'S COUNTERCLAIMS to the Clerk's office

6  using the CM/ECF system, which will send a notice of filing to all counsel of record.

7
                                      <u>s/J. Noah Hagey</u>
8                                      J. Noah Hagey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28