J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
Rebecca B. Horton, Esq. (SBN: 308052)
    horton@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR PLAINTIFF
STONE BREWING CO., LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>MILLERCOORS LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No. 18-cv-0331-BEN-JMA<br><br>**AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF STONE BREWING CO., LLC'S MOTION TO DISMISS DEFENDANT MILLERCOORS LLC'S COUNTERCLAIMS AND SUPPORTING DECLARATION OF J. NOAH HAGEY**<br><br>**Date:** June 18, 2018<br>**Time**: 10:30 a.m.<br>**Judge:** Hon. Roger T. Benitez<br><br>**Complaint filed:** February 12, 2018 |

1    Plaintiff Stone Brewing Co., LLC ("Plaintiff" or "Stone") respectfully submits
2 this Request for Judicial Notice pursuant to Federal Rule of Evidence 201.
3    Under Federal Rules of Evidence 201, courts are permitted to rely on "a fact
4 that is not subject to reasonable dispute because it: (1) is generally known within the
5 trial court's territorial jurisdiction; or (2) can be accurately and readily determined
6 from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.
7 201(b). This includes information governmental entities have made publicly
8 available on websites, unless the authenticity or accuracy of the websites or
9 information displayed is disputed. *Daniels-Hall v. Nat'l Ed. Ass'n*, 629 F.3d 992, 998
10 (9th Cir. 2010); see also *Code Rebel, LLC v. Aqua Connect, Inc.*, 2014 WL 46695 at
11 *4 (C.D. Cal. 2014) (taking judicial notice of applications and registrations before
12 the United States Patent and Trademark Office as "not subject to reasonable dispute
13 and [] capable of accurate and ready determination.").
14    In addition to the authentication provided by the Declaration of J. Noah Hagey
15 (submitted concurrently herewith), judicial notice pursuant to Fed. R. Evid. 201 is an
16 appropriate basis for the Court to consider documents on file with the U.S. Patent
17 and Trademark Office ("USPTO"). Thus, Plaintiff respectfully requests that the
18 Court take judicial notice of the following documents on file with the USPTO
19 pursuant to Fed. R. Evid. 201.  Copies of these filings are attached as Exhibits to the
20 Declaration of J. Noah Hagey:
21    **Exhibit 1** – Stone Brewing's U.S. Trademark Registration No. 2,168,093
22    **Exhibit 2** – Stone Brewing's U.S. Trademark Registration No. 2,168,093,
23    Trademark Documents Docket
24    **Exhibit 3** – Stone Brewing's Combined Declaration of Use and
25    Incontestability for U.S. Reg. No. 2,168,093
26    **Exhibit 4** – MillerCoors' U.S. Trademark Application Serial No. 77284994
27    **Exhibit 5** – MillerCoors' U.S. Trademark Application Serial No.
28    77284994, Trademark Documents Docket

1     **Exhibit 6 –** USPTO Rejection of MillerCoors' U.S. Trademark
2     Application: *In re. Trademark Application No. 77284994 – STONES*, PTO
3     Dkt. No. 4060KE-1027 (Dec. 3, 2007)
4     **Exhibit 7 –** MillerCoors' U.S. Trademark Application Serial No. 85002333
5     **Exhibit 8 –** MillerCoors' U.S. Trademark Application Serial No.
6     85002333, Trademark Documents Docket
7     **Exhibit 9** – Molson Coors 2017 SEC Form 10-K

Dated:  May 9, 2018                                Respectfully Submitted,

                                                                 BRAUNHAGEY & BORDEN LLP

                                                                 By:  <u>s/J. Noah Hagey</u>
                                                                                  J. Noah Hagey

                                                                 *Attorneys for Plaintiff*
                                                                 *Stone Brewing Co., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2018, I electronically transmitted the foregoing AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF STONE BREWING CO., LLC'S MOTION TO DISMISS DEFENDANT MILLERCOORS LLC'S COUNTERCLAIMS AND SUPPORTING DECLARATION OF J. NOAH HAGEY to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

                                           s/J. Noah Hagey
                                           J. Noah Hagey