Christopher T. Casamassima (SBN #211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ATTORNEYS FOR DEFENDANTS
MILLERCOORS LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>               Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING CO.,<br>MILLERCOORS LLC, and<br>DOES 1 through 25, inclusive,<br><br>               Defendants. | Case No.:  3:18-cv-00331-BEN-JMA<br><br>District Judge: Hon. Roger T. Benitez<br>Magistrate Judge: Hon. Jan M. Adler<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND SET COORDINATED HEARING** |

Pursuant to United States District Court Southern District of California Local Rules 7.2, Plaintiff Stone Brewing Co., LLC ("Plaintiff") and Defendant MillerCoors LLC ("Defendant") jointly move this Court for a continuance of the hearing date for Plaintiff's Motion to Dismiss Defendant's Counterclaims (Docket No. 28) until August 13, 2018, to match the hearing date for Plaintiff's Motion for Preliminary Injunction, and corresponding extensions for the time for filing any opposition or reply.   Plaintiff and Defendant stipulate that good cause exists for such an order, including as follows:

1. Plaintiff filed its Motion to Dismiss Defendant's counterclaims (Docket No. 26) on May 8, 2018.

2. Plaintiff's Motion to Dismiss was initially scheduled for a hearing before Judge Benitez on June 18, 2018 at 10:30 a.m.

3. Defendant's opposition to Plaintiff's Motion to Dismiss is currently due on June 4, 2018, fourteen days before the scheduled hearing.

4. The Court has scheduled an Early Neutral Evaluation Conference (Docket 22) for June 4, 2018 at 10:00 a.m. before Magistrate Judge Adler.

5. On May 31, 2018, Plaintiff filed a Motion for Preliminary Injunction (Docket 30). Plaintiff's Motion for Preliminary Injunction is scheduled for a hearing before Judge Benitez on August 13, 2018 at 10:30 a.m.

6. Good cause exists for a continuance of the hearing for Plaintiff's Motion to Dismiss. A continuance will allow the parties to participate in the June 4, 2018 Early Neutral Evaluation Conference before incurring additional cost and expense on motion practice. A continuance will also put Plaintiff's Motion to Dismiss and Motion for Preliminary Injunction on the same schedule, thereby streamlining the schedule to allow the Court to hear both of Plaintiff's motions at the same hearing.

NOW, THEREFORE, pursuant to Local Rules 7.2, and subject to the approval of the Court, Stone Brewing and MillerCoors hereby stipulate to and respectfully request that:

1. The hearing on Plaintiff's Motion to Dismiss shall be continued until August 13, 2018 at 10:30 a.m.
2. Defendant's Opposition to the Motion to Dismiss shall be due July 2, 2018.
3. Plaintiff's Reply to the Opposition to the Motion to Dismiss shall be due July 30, 2018.

Respectfully submitted,

**MILLERCOORS LLC**

Dated: June 4, 2018      By:      <u>/s/ *Chris Casamassima*</u>
Christopher T. Casamassima (SBN #211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
  HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

**STONE BREWING CO., LLC**

Dated: June 4, 2018      By:      <u>/s/ *J. Noah Hagey* (with consent)</u>
J. Noah Hagey (SBN #262331)
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF STONE
BREWING CO., LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this fourth day of June, 2018, I electronically transmitted the foregoing JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND SET COORDINATED HEARING to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ *Chris Casamassima*
Christopher T. Casamassima