UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  18CV0331 BEN (JMA)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On June 20, 2018 at 10:00 a.m., the Court convened a Case Management Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

　　1.　　The Rule 26(f) conference shall be completed by **July 19, 2018**.

　　2.　　All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by **August 2, 2018**.

　　3.　　A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before **August 2, 2018** (the parties should consult

Rule 26(f) for the substance of the discovery plan).[1]  With regard to electronically stored information (ESI), the parties shall address:

  a. The nature of each parties' computer system, including the computer software and hardware system configuration, the operating and application software, and the backup, retention, storage, and archival procedures regarding ESI that is relevant to the case.

  b. The preservation of ESI relevant to the case.

  c. Search terms, search protocols and methods or procedures for privilege review and protection against inadvertent disclosure of privileged ESI.

  d. Methods to minimize delay and expense of ESI through de-duplication, sampling or other means.

4. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **August 7, 2018** at **9:00 a.m.** before Magistrate Judge Adler.  All counsel shall appear telephonically at this conference, and shall use the following call-in information:  Dial-In Number 877-848-7030, Access Code 4559489, press * to bypass Security Code.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated:  June 20, 2018

                _____
                Honorable Jan M. Adler
                United States Magistrate Judge

---

[1] The proposed joint discovery plan may be e-mailed to efile_adler@casd.uscourts.gov or faxed to (619) 702-9939.