

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00331-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE**<br>**[Doc. No. 42]** |

The Court has reviewed Plaintiff Stone Brewing Co., LLC ("Stone") and Defendant MillerCoors, LLC ("Miller") (collectively, the "Parties") Joint Motion to Continue Hearing and Related Briefing Schedule for Plaintiff's Motion for Preliminary Injunction and Motion to Dismiss. The Court **GRANTS** the parties' Joint Motion.

It is hereby **ORDERED** the Motion Hearing currently scheduled for August 13, 2018, is **CONTINUED** to **Monday, September 3, 2018, at 10:30 a.m.**

Defendant Miller's Opposition to Stone's Motion for Preliminary Injunction shall be filed no later than **July 30, 2018**.

Plaintiff Stone's Reply in Support of its Motion for Preliminary Injunction shall be filed no later than **August 14, 2018**.

Defendant Miller's Request for Leave to file an Opposition to Plaintiff's Motion for Preliminary Injunction that <u>exceeds the page limit by no more than</u> ten (10) pages is **GRANTED.** Going forward, however, Defendants must comply with the Local Civil Rules governing the length of briefs.

**IT IS SO ORDERED.**

DATED: July 24, 2018

HON. ROGER T. BENITEZ
United States District Judge