UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY;<br>MILLERCOORS LLC; and<br>DOES 1 through 25,<br><br>  Defendants. | Case No.: 18cv331-BEN-LL<br><br>**ORDER DENYING PLAINTIFF STONE BREWING CO., LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART JOINT MOTION TO CONTINUE DISCOVERY**<br><br>[ECF No. 104] |
| MILLERCOORS LLC,<br><br>  Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>  Counter Defendant. | |

On April 15, 2019, Plaintiff Stone Brewing filed a Motion for Reconsideration of this Court's Order Granting in Part Joint Motion to Continue Discovery. ECF No. 104. Plaintiff requests that the Court "reconsider adjusting the schedule to allow for eight weeks (as opposed to only two weeks) of additional time to complete document production and

1

witness depositions." Id. at 2. Plaintiff notes that "MillerCoors does not seek reconsideration of the Court's Order." Id.  Plaintiff argues that good cause exists because: (1) the pleadings only closed in the last two weeks (noting that on March 26, 2019, the Court issued its order denying Stone's Motion to Dismiss MillerCoors's Counterclaims); (2) the parties are unlikely to complete all discovery in only four weeks (noting the limited availability of some witnesses who are high-ranking corporate executives); (3) Stone's lead counsel has a trial during what are now the last weeks of fact discovery; (4) the parties and the court will need time to address and resolve outstanding discovery disputes. Id. at 2-4.

The Court's Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings was issued on September 12, 2019. ECF No. 72.  Accordingly, Plaintiff's counsel has been aware of the Court's dates since they were set in September and has made strategic decisions about the timing and scope of the discovery sought in this case since then. Additionally, the District Court Judge's "Order Denying Motion for Preliminary Injunction and Denying Amended Motion to Dismiss Counterclaims" was issued on March 26, 2019 [ECF No. 85], and the parties still have until May 17, 2019 to complete fact discovery.  At this time, Plaintiff's need for additional time is pure speculation. Finally, Plaintiff states that "lead counsel has another trial scheduled to commence the week of May 6, 2019," but does not explain why other attorneys in his firm cannot assist in this case during that time period. ECF No. 104 at 4.

Accordingly, the Court **DENIES** Plaintiff's Motion for Reconsideration of the Court's April 9, 2019 Order [ECF No. 104].  The parties should continue conducting all necessary discovery and preparing to comply with the remaining dates and deadlines. All other guidelines and requirements remain as previously set.  See ECF Nos. 72, 95.

**IT IS SO ORDERED**.

Dated:  April 16, 2019

Honorable Linda Lopez
United States Magistrate Judge