# EXHIBIT A



**Greg Koch**
@StoneGreg

Follow

Gearing up for a scrap next week.

Didn't ask for it. Yet, I've got no choice.

So, instead of approaching the fight w reluctance, we're going in w zeal.

You have thru the weekend to select your popcorn, or gender-appropriate snack of your choice. Put dibs on the comfy chair.

2:08 PM - 7 Feb 2018

7 Retweets  78 Likes  

11        7        78



**Brew Studs** @BrewStuds  9 Feb 2018
Replying to @StoneGreg
JSYK we've got your back if it has to do with indepenence in brewing. Matter of fact, we just had a hard earned influx of cash that's going to help us prop up that posture going forward for at least the remainder of 2018. Got some extra sparing gloves for us?

7



**shaun o'sullivan** @shaunosullivan  8 Feb 2018
Replying to @StoneGreg
Couldn't resist.



3


**Omar Passons** @omarpassons · 7 Feb 2018
Replying to @StoneGreg
Gender appropriate snack?

3


**BK** @brendanklein · 7 Feb 2018
please see "lady specific" doritos story from earlier in the week.

5


**Bob The Brewer** @bobXtheXbrewer · 7 Feb 2018
Replying to @StoneGreg
Will the revolution be televised?

1    3

- 1 more reply


**Tattood Brew** @tattoodbrew · 17 Feb 2018
Replying to @StoneGreg
Much support sir.

1


**Josh** @gravyallovah · 9 Feb 2018
Replying to @StoneGreg
Go for the ribs, don't let that bastard breathe!

1

This Tweet is unavailable



**BeerDetective** @BeerDetective 9 Feb 2018
Replying to @StoneGreg
Go for it!

This Tweet is unavailable



**grandpa jestertrash** @tykechandler 7 Feb 2018
Replying to @StoneGreg @StoneBrewing




**Ricky Edwards** @brewfanre 7 Feb 2018
Replying to @StoneGreg
My moneys on Stone. They've got a gargoyle