# EXHIBIT B

1  ROUGH DRAFT OF THE DEPOSITION OF TODD KARNIG

2

3

4

5      THE VIDEOGRAPHER: Good afternoon. This  03:24:58
6  is the start of media labeled 1 the video recorded
7  deposition of Todd Karnig in matter of Stone
8  Brewing company LLC versus MillerCoors in the
9  United States District Court Southern California of
10  California case 318-CV-00331-BEN-LL this deposition  04:02:32
11  is being held at 751 rain tree drive calves bad
12  California 92011 may 3, 2019 at approximately 4:02
13  p.m. my name is Craig Ellingson from TSG Reporting
14  incorporated Third Avenue New York New York. The
15  court reporter is Kathy Barney in association with  04:03:05
16  TSG Reporting. Counsel please introduce yourselves
17  and state whom you represent.
18      MR. WORTHINGTON: My name is Matt
19  Worthington from the law firm of Wilmer Hale on
20  behalf of MillerCoors.  04:03:15
21      MR. THEODORE: Jeff Theodore from Braun
22  Hagey & Borden on behalf of Stone Brewing.
23      THE VIDEOGRAPHER: Will the court
24  reporter please swear in the witness.
25      Sworn sworn.  04:03:35

1  I've not met any person that has told me a story
2  about that.
3  BY MR. WORTHINGTON:
4      Q.  You've just seen references to this on
5  social media that was included in a declaration,    07:19:46
6  correct?
7      A.  I don't know if it was just from the
8  declaration or if I saw it on the social media
9  inside of Stone after the lawsuit had started.  I
10 can't remember.                                     07:20:02
11     Q.  Have you heard anyone at Stone Brewing
12 refer to this lawsuit as a marketing ploy?
13     A.  Yes.
14     Q.  Who?
15     A.  People in marketing.  People in sales.      07:20:18
16 I've had 200 some odd people in my organization and
17 after the -- after the lawsuit started, there were
18 several people that came up to me and asked me is
19 this just the publicity stunt?  What is this?  Yeah
20 so I had some --                                    07:20:42
21     Q.  Do you think this lawsuit is a publicity
22 stunt?
23     A.  No.
24     Q.  Do you think this lawsuit could help
25 market Stone Brewing's beer?                        07:21:01