UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>                            Plaintiff,<br>v.<br><br>MOLSON COORS BREWING COMPANY;<br>MILLERCOORS LLC; and<br>DOES 1 through 25,<br><br>                            Defendants. | Case No.: 18cv331-BEN-LL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION TO CONTINUE DISCOVERY DEADLINES**<br><br>**[ECF Nos. 113, 116, 117]** |
| MILLERCOORS LLC,<br><br>                            Counter Claimant,<br>v.<br><br>STONE BREWING CO., LLC,<br><br>                            Counter Defendant. | |

On May 7, 2019, Plaintiff filed a "Motion to Continue Discovery Deadlines" (hereinafter "Motion"). ECF No. 113. On May 8, Plaintiff also filed a "Supplemental Brief in Support of Motion to Continue Discovery Deadlines." ECF No. 116. On May 9, 2019, Plaintiff filed an "*Ex Parte* Motion to Continue Discovery Deadlines," in which Plaintiff

acknowledged that "[t]he Motion to Continue should originally have been filed on an *ex parte* basis under the Court's Civil Chambers Rules." ECF No. 117. Defendant did not file an opposition to the instant Motion. See Docket.

Plaintiff's Motion requests that the Court "either order the schedule proposed by the Parties in their Joint Motion [ECF No. 91] or order an additional two- to- four-week extension of the fact discovery deadline and a concomitant extension of the expert disclosure and discovery deadlines." Mot. at 6. In support, Plaintiff states that "Stone cannot review all of these documents [as produced by MillerCoors recently including on May 4, 2019], incorporate them into outlines and take thirteen depositions by May 17." Id. at 2; see also Theodore Declaration attached to Motion at ¶¶ 2-6. Plaintiff represents that "Stone's attorneys simply do not have the bandwidth of the 1000+ attorney international law firm hired by MillerCoors and cannot effectively review 20,000 or more pages of documents and take and defend thirteen depositions over the next nine days." Theodore Decl. at ¶ 7. Plaintiff's counsel further represents that:

> BraunHagey & Borden has nine full time litigators, all of whom are busy on active matters. Moreover, of the two partners working on this matter, Noah Hagey has an arbitration hearing in Oklahoma this week, and I have to fly to Washington, D.C. on May 16 for my sister's wedding. This significantly reduces Stone's bandwith to take and defend depositions during these last two weeks of the current fact discovery period, even with all hands on deck.

Id. at ¶ 8.

Finally, Stone represents that it has met and conferred with MillerCoors on the instant request. Id. at ¶ 9. Stone states that MillerCoors "'does not think a further extension is necessary at this point,'" but "'will not object to an additional one-week extension solely to permit the parties to complete the already-served/noticed discovery and depositions' with no rescheduling of already scheduled depositions and no ability of the Parties to file additional discovery motions." Id. In the supplemental memorandum in support of Stone's Motion submitted on May 8, 2019, Stone represents that based on deposition testimony received from Ms. Ashley Selman during her May 8, 2019 deposition, Stone believes that "MillerCoors chose not to make its witnesses available for two weeks from April 23 to

2

May 8 and repeatedly misrepresented their availability, with the result that thirteen depositions must be taken between May 7 and 17 absent an extension." ECF No. 114 at 2.

The Court notes that it has issued three recent discovery orders in this case, on April 4, 2019 [ECF No. 89], April 24, 2019 [ECF No. 110], and May 6, 2019 [ECF No. 111], and a significant number of documents and information were to be produced in accordance with those orders. Accordingly, the Court finds good cause to extend the deadlines, but for a shorter amount of time than requested by the Plaintiff. Accordingly, the Court **GRANTS IN PART** the Motion and resets the deadlines as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cutoff | May 17, 2019 | May 31, 2019 |
| Designation of Experts | May 17, 2019 | May 31, 2019 |
| Rebuttal Expert Designation | June 7, 2019 | June 17, 2019 |
| Expert Reports | June 17, 2019 | June 28, 2019 |
| Rebuttal Expert Reports | July 12, 2019 | July 22, 2019 |
| Expert Discovery Cutoff | July 29, 2019 | August 5, 2019 |
| Pretrial Motions | August 1, 2019 | August 12, 2019 |

All other guidelines and requirements remain as previously set. See ECF No. 72.

**IT IS SO ORDERED**.

Dated: May 13, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge