May 16, 2019

**Matthew J. Worthington**

+1 720 598 3443 (t)
+1 720 274 3133 (f)
matthew.worthington@wilmerhale.com

Hon. Linda Lopez
United States District Court
Southern District of California

Re: *Stone Brewing Co., LLC v. MillerCoors LLC*, 3:18-cv-00331 (S.D. Ca.)

Dear Judge Lopez,

Pursuant to the Order Setting Briefing Schedule for Discovery Dispute (Dkt. 112), Defendant MillerCoors LLC ("MillerCoors") submits the following short supplemental letter brief in support of MillerCoors' Letter Brief on Stone Brewing Co., LLC's improper privilege claw backs (Dkt. 114). The supplement is based on a newly-produced Stone Brewing document that is similar to the contested document currently in dispute before the Court, as well as new information provided yesterday in a deposition of Stone Brewing's CEO about Stone Brewing's Project Gargoyle public relations campaign.

Yesterday, at the deposition of Stone Brewing's CEO and corporate designee, Dominic Engels, MillerCoors examined Mr. Engels on two slides included in a six-page presentation produced by Stone Brewing (STONE00159481). The document was produced by Stone Brewing last Friday May 10, 2019, at 10:52 pm PT, after MillerCoors filed its Letter Brief (Dkt. 114) and Stone Brewing had filed its Response (Dkt. 119).[1]

---

[1] Mr. Engels testified that STONE00159481 was not prepared by or for lawyers, and was not prepared for use in this litigation. More than an hour after Mr. Engels had testified at length about the document, Stone Brewing's counsel informed MillerCoors' counsel that it was "provisionally" clawing back the document based on privilege. Stone Brewing's counsel did not explain what a "provisional" clawback entailed, but stated that it would "promptly" investigate this issue. However, Stone Brewing's counsel stated today it is not able to confirm its position until tomorrow at the earliest. If Stone Brewing maintains its position that the document is privileged, MillerCoors will challenge that assertion and seek appropriate relief. Because STONE00159481 is substantially similar to the document at issue in MillerCoors' letter brief (Dkt. 114), MillerCoors will submit STONE00159481 for *in camera* review pursuant to paragraph 35 of the parties' ESI Order (Dkt. 74), on the belief that Stone Brewing's "provisional" claim of privilege as to STONE00159481 may also help the Court resolve the issue in MillerCoors' letter brief.

WilmerHale

The relevant slides in STONE00159481 discuss the amount—quantified in dollars—and extent of the marketing impact that Stone Brewing believed it generated by publicizing this lawsuit.  The rest of the presentation contains information about Stone Brewing's other unrelated marketing initiatives.  This new document not only supports the arguments made in MillerCoors' Letter Brief, but it also illustrates yet another non-privileged basis for the relevance of discovery into Stone Brewing's publicity campaign regarding this lawsuit. Namely, the document shows that Stone Brewing tracked and received a tangible economic benefit from publicizing this lawsuit—which may be taken into account in assessing any purported economic impact at issue in this case.

Sincerely,


s/ *Matt Worthington*
Matthew J. Worthington