UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>　　　　　　　Defendant.<br><br>MILLERCOORS LLC,<br><br>　　　　　　　Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>　　　　　　　Counter Defendant. | Case No.: 18cv331-BEN-LL<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR JUNE 5, 2019 DISCOVERY DISPUTE** |

On June 5, 2019, counsel for Plaintiff, Jeffrey Michael Theodore, and counsel for Defendant MillerCoors LLC, Vinita Ferrera and Brittany Amadi, jointly contacted chambers regarding discovery disputes. The Court finds it appropriate to issue the following briefing schedule for the three issues raised by Plaintiff that remain unresolved:[1]

---

[1] The issues involve Interrogatory No. 21, three deposition questions in which privilege was invoked, and a deposition witness designated as a "person most knowledgeable" pursuant to Federal Rule of Civil Procedure 30(b)(6).

1

1. The parties shall file simultaneous letter briefs <u>not to exceed six pages in length</u> by **10:00 a.m.** on **Friday, June 7, 2019**. The briefing shall include legal arguments and provide authority. No responses shall be filed unless directed by the Court.

2. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and <u>no personal appearances will be required</u>, unless ordered by the Court.

**IT IS SO ORDERED**.

Dated: June 5, 2019

Honorable Linda Lopez
United States Magistrate Judge