UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>         Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY;<br>MILLERCOORS LLC; and<br>DOES 1 through 25,<br><br>         Defendants.<br><br>MILLERCOORS LLC,<br><br>         Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>         Counter Defendant. | Case No.:  18cv331-BEN-LL<br><br>**ORDER DENYING PLAINTIFF STONE BREWING CO., LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 11, 2019 ORDER**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION AND FOR SANCTIONS**<br><br>[ECF Nos. 127, 132] |

  On June 19, 2019, Plaintiff Stone Brewing filed a Motion for Reconsideration of this Court's June 11, 2019 Order granting Defendant MillerCoors LLC's request for additional deposition time with Stone's Rule 30(b)6 witness. ECF No. 127.  Plaintiff acknowledges

that the Court "has [already] addressed this issue," but requests that the Court consider its arguments regarding the preparedness of its 30(b)(6) designee, Dominic Engels. Id. at 2.

Stone notes that Mr. Engles spent "four business days" preparing for his deposition, which Stone argues "was a substantial time commitment of time from the highest-ranking individual at Stone." Id. Stone further argues that "MillerCoors did not use a single actual quotation from Mr. Engels's transcript in its brief, and its characterizations of his testimony are not true to the transcript." Id. at 4. Stone includes a number of quotations from Mr. Engels' testimony in support of Stone's argument that Mr. Engels was adequately prepared for his deposition. Id. at 4-5. In sum, Stone requests that the Court "reconsider its Order as it relates to Stone's 30(b)6) witness and award Stone its costs and fees for this Motion. . . ." Id. at 6.

On June 24, 2019, Defendant MillerCoors filed an Opposition to Plaintiff's Request for Partial Reconsideration. ECF No. 131.  On June 24, 2019, Plaintiff filed a Motion to Strike Defendant's Opposition and for Sanctions because it attached a declaration and exhibits in violation of the Court's June 20, 2019 Order that "Defendant shall not append attachments or exhibits to the opposition brief." ECF No. 132.  On June 24, 2019, Defendant filed a "Corrected Opposition to Stone Brewing's Request for Partial Reconsideration of the Court's June 11, 2019 Order." ECF No. 133. Defendant's "Corrected Opposition" omits any reference to the declaration and exhibits attached to its original opposition which Defendant notes were included inadvertently and in error. ECF Nos. 129, 133. For purposes of this Order, the Court has only considered Defendant's Corrected Opposition.  Accordingly, the Court **DENIES** Plaintiff's Motion to Strike and for Sanctions. ECF No. 132.

Defendant's Corrected Opposition argues that the Court should uphold its decision requiring Stone to provide an adequately prepared 30(b)(6) witness for two hours of additional testimony on these four topics. Id. at 2.

The Court has considered the parties' briefing and respective arguments and **DENIES** Plaintiff's Request for Reconsideration of the Court's June 11, 2019 Order. ECF

2

No. 127. Having reviewed the arguments in Stone's moving brief, including the selected excerpts of Mr. Engels' deposition testimony, the Court finds that they do not present a basis for reversing its prior decision. The Court still finds it appropriate to **ORDER** Plaintiff to designate and produce an additional 30(b)(6) witness for deposition on the four topics on or before **June 27, 2019**. Defendant is limited to no more than **two (2) hours** of additional 30(b)(6) testimony on all four of the topics at issue. The Court also **DENIES** Plaintiff's request for sanctions, including costs and fees for the Motion for Reconsideration.

**IT IS SO ORDERED**.

Dated: June 25, 2019

_____

Honorable Linda Lopez
United States Magistrate Judge