# EXHIBIT 1



**BeverageWorld**

SEPTEMBER 1989

Coors Bites The Bullet

Peter Coors Contends With
An Uncertain Beerscape

Plus:
• NBWA/IBWA Convention
  Previews
• Imported Beer Blahs
• Connecticut's Star
  Distributor

MILLERCOORS0153254

SEPTEMBER 1989                         VOL. 108 NO. 1449

# BeverageWorld

### Coors Bites the Bullet
President Peter Coors tells why the company will be around in the '90s and beyond . . . . . . . . . . . 22



### Coming to America (No Matter What)
Although imported beers find a U.S. market is not welcoming them with open arms, some are succeeding . . . . . . . . . . . . . . . 33

### 1989 NBWA Convention Preview
A list of who will be in Houston, and where to find them . . . . . . 57



### Considerable Specks
New York microbrewers market their products from opposite ends of the map and the spectrum . 64

### IBWA's Big Splash
The International Bottled Water Association heads for the desert with anything but a dry category . . . 72



### Display's the Thing
The latest innovations in P-O-P merchandising . . . . . . . . . . . . . . 88

## SCOPE:
8 Soft Drinks
10 Industrywide
14 International
18 Beer
20 Wine and Spirits

## COLUMNS:
6 Commentary
113 Operations Observations
115 Distribution Solutions
116 Fleet Beat
118 Waste Watchers
120 Quality Control Corner
122 Capital Ideas
123 Good News

## DEPARTMENTS:
91 New Products
102 Free Literature
110 People
126 Classified
130 Calendar
130 Advertisers Index

*Cover photograph by Ernie Leyba*

EXECUTIVE OFFICES: 150 Great Neck Road, Great Neck, NY 11021. Telephone: 516-829-9210. Telex: 232576 KELLE. BEVERAGE WORLD ISSN: 0098-2318 is published monthly with an additional 12 BEVERAGE WORLD PERISCOPE—Special Edition issues and an annual BEVERAGE WORLD DATABANK by Keller International Publishing Corporation at Shepherdsville, KY. Subscription rates for U.S. and Canada: $30/year; $45/2 years; $55/3 years. Single copies: $3.50. All other countries: $40/year; $60/2 years; $75/3 years. Single copies: $4.00. Second Class postage for BEVERAGE WORLD paid at Post Office, Great Neck, NY and additional mailing offices. Copyright Keller International Publishing Corporation, 1989. Microfilm editions are available from Xerox University Microfilms, Ann Arbor, MI 48106. POSTMASTER: Send address change to BEVERAGE WORLD, 150 Great Neck Road, Great Neck, NY 11021.

MILLERCOORS0153255

# Coors Bites the Bullet...

*...but Pete tells why the company will still be around in the '90s and beyond*

By Andrew Galvin, *Senior Editor*



Peter Coors inside the company's sole brewery. "If we're not the low cost producer, we're very close to it."

It's been a rough six months for Coors Brewing Company. Beer sales are down and 100 production workers had to be laid off. The brewer's new distributor-contract has been attacked in an industry newsletter as an affront to the free enterprise system. Parent Adolph Coors Company reported its first-ever loss in the first quarter and attributed it to sluggish beer sales. And as if all that were not enough, Joseph Coors' name popped up on the front page of the *New York Times* in connection with the growing H.U.D. scandal.

The decline in beer sales comes just after the company completed a seven-year national expansion of its distribution,

when it should have more potential customers than ever. The company shipped 7.32 million barrels during the first six months of 1989, a 4.3 percent decline from 7.64 million during the same period last year. Despite its wider availability, the *Coors* brand, which had a 4.3 percent share of market in 1986, claimed only 3.4 percent last year, and has slipped from fourth to the eighth position among the nation's leading brands. The company is one-fifth the size of Anheuser-Busch and half the size of Miller, the two brewing industry leaders with whom it must compete. Its per-barrel advertising costs are the highest in the industry, and with only one brewery, the world's largest, in Gold-

en, CO, it is at a cost-disadvantage in trucking, too.

"So how do we compete?" asks Peter Coors, the 42-year old president of Coors Brewing Company. "What's to lead anybody to believe that we have a long-term survival opportunity in this industry?"

Good question. Coors is prepared to answer.

"First of all, I think our salvation is we make damn good beer, so we have a very strong customer base," he says. "Second, if we're not the low-cost producer, we're very close to it. We're very efficient, we're very well-integrated and we have economies of scale in a single brewery that some others don't. We pay a



MILLERCOORS0153256



freight disadvantage penalty, but net, we're pretty cost-effective producers.

"We have no debt, so we have no debt service, so that's not in our cost structure," he continues. "Those are the reasons we're able to compete at the current volume levels."

Two weeks before this story went to press, Coors announced that it was in negotiation with Stroh Brewery Company, "exploring options to acquire certain assets." Ironically, asked about the possibility of a combination with another brewer shortly before the discussions were announced, Coors had this to say: "If something was available that could be purchased opportunistically, we'd have to give that some serious thought. Our problem has been it's difficult to understand what we could do with the assets of another brewery. Those that are available are those that are failing. It's difficult for us to understand what we might do that would be any better than what they've done." With a laugh, he added, "Turning around failing breweries has not been a very low-risk endeavor."

Still, that begs the question of how the brewer plans to counter its size disadvantage. "Clearly in my mind," Coors continued, "we have to eventually begin to grow. I shouldn't say begin to grow, we've grown very nicely over the past five years, but we've got to see continued growth, and the first half of 1989 is not an indication that that's possible. We remain optimistic, based on the trends, particularly *Coors Light*."

## The Brands

*Coors Light*, in fact, has been growing at double-digit rates for several years and has supplanted *Coors* as the industry's fourth best-selling brew, behind *Budweiser*, Miller *Lite* and *Bud Light*. The company is also pleased with the performance of *Coors Extra Gold*, which was rolled out nationally last year to compete directly with *Budweiser* for drinkers who consider regular *Coors* too "watery."

Another bright spot is *Killian's*, a ruby-

MILLERCOORS0153257



*New popular-priced Keystone is "the highest-impact item on the plate right now," says Coors.*

red beer positioned between the super-premium category and imports that has had modest success in selected markets with little advertising support.

*Herman Joseph's*, the company's foray into the superpremium category dominated by Anheuser-Busch's *Michelob*, has been less successful. "But," Coors is quick to point out, "we've learned a lot from our efforts."

The real problem, of course, is *Coors*. Constant tinkering with the brand's advertising, packaging, even its name, has failed to halt the brand's slide. Some wholesalers were angered last year when the company changed the beer's name from *Coors Banquet Beer* to *Coors Original Draft* in an attempt to steal some of the thunder from Miller's fast-growing *Genuine Draft*. The move backfired, scaring away loyal consumers who thought the product itself had been changed (It hadn't. All Coors beers have been brewed without pasteurization since 1959, but the company never advertised them as "draft.")

Soon afterwards, Coors abandoned the *Original Draft* experiment and changed the beer's name back to just plain *Coors*. Robert Ingold, who owns a Coors dis-

tributorship in Yuma, AZ, said wholesalers had "no input" into the name flip-flop, which he feels significantly hurt its franchise in his area. "We're still reeling from that," he laments.

Peter Coors has heard the complaints. "We've lost some consumers from the *Coors* brand as a result of the change," he admits, "but we've also gained some new consumers who like the packaging and think it has a newer, more attractive look to it. Obviously, the new ones haven't overcome the ones we've lost, but that's what we're working on.

"We've tried to do a lot of things with *Coors* over the last 10 years," he adds. "We just haven't found either the right message or the right combination of messages to make it a growing brand instead of a declining brand. It's on the mature end of its product life-cycle."

Coors' newest brands, *Keystone* and *Keystone Light*, will debut this month. The popular-price beers will be rolled out nationwide without benefit of a test-market. Peter Coors describes the brands as "the highest impact item on the plate at this point," adding that it "really opens up a whole new horizon for our company because it's a category we've never participated in before." The popular-price category represents about 14 percent of the beer market.

*Keystone* will be positioned as "a quality product at a reasonable price," says Coors. The brand's aluminum packaging will feature the promise that the "specially-lined can" will deliver "bottled

## Coors and Stroh: The Predictions

AS COORS AND STROH continued their discussions concerning the possible transfer of Stroh assets to Coors, industry analysts issued pronouncements on various scenarios. Although no deal had been announced as this issue went to press, the wildly varying predictions of beer industry observers illustrate the fact that both Coors and the industry are at a crossroads.

PaineWebber analyst Manny Goldman immediately upgraded his rating of Coors stock from "sell" to "attractive," noting that the book value of Coors stock is about $29 per share while its trading price was $20.88. Goldman added that while the price per share was unlikely to slip much from its current level, it had the potential to climb by "many multiples."

A few days later, Goldman wrote that the Stroh/Coors deal would likely involve beer assets, and not Stroh's *Sundance* juice drink or other products. "The most likely candidates would be *Stroh* and *Stroh Light*, *Schlitz* Malt Liquor, and *Schlitz* and *Schlitz Light*.

"It is possible that a Stroh brewery or two might be part of a deal, were one eventually to be consummated," Goldman added. "Specifically, Stroh's brewery at Winston-Salem comes with a can plant and would add another five million barrels to Coors' capacity in the East. There is also the possibility that Coors would consider purchasing Stroh's brewery in Los Angeles, a part of the country where Coors' barrelage is large and its capacity non-existent. In both cases, there likely would be substantial freight savings when all were to be said and done."

On the other hand, Kidder, Peabody analyst Roy Burry wrote that "despite consolidation discussions, nothing has changed," and continued to list Coors as an "underperformer," Kidder, Peabody's lowest valuation. "The inability of Coors' management to maintain volume expansion beyond completion of its geographical expansion program, in combination with burdensome per-unit marketing costs, has caused earnings to enter a downward

trend," Burry observed. "Various forms of combination within the second-tier segment of the industry, now under discussion, are not expected to prevent eventual disappearance of all but one or two major producers."

Perhaps the most interesting prediction came from Kenneth Fisher, a Woodside, CA-based money manager. Writing in *Forbes* magazine, Fisher predicted that "Coors may be a huge winner from the RJR Nabisco leveraged buyout, which could dampen competition in beer." Fisher explained that Miller Brewing parent Philip Morris would likely try to exploit RJR's weakened financial condition by attacking fiercely in tobacco markets. Philip Morris would then need maximum cash flow from Miller instead of maximum growth, he reasoned. "Instead of blowing big bucks on market-share oriented ad campaigns, Miller is apt to be a new voice speaking to less competitive pressures in beer."—*A. Galvin*
**BW**

MILLERCOORS0153258

beer taste in a can.'' However, Coors concedes that the *Keystone* can is ''basically the same as our others.''

While *Keystone* will sink or swim with its immediate roll-out, Coors' malt-liquor entry, *Turbo 1000*, has been embroiled in test markets for the past year and shows no signs of coming onto the wider market soon. ''Anheuser-Busch and Miller both have attempted to get into this malt-liquor category unsuccessfully, and we felt we ought to be a little bit more conservative, cautious,'' explains Peter.

There has been considerable speculation that Coors or Miller might unveil a dry beer after seeing Anheuser-Busch's success with *Michelob Dry*, but Coors feels the time is not yet right. ''One of the things we're probably not able to do at this point is launch a new category on our own,'' he explains. ''We just don't have the dollars and the muscle to be able to do that effectively. Our job is to observe the marketplace and benefit from the large media dollars invested by other breweries in a category, then piggy-back and hope that we can provide a product and a compelling reason for ours to be consumed rather than someone else's.''

**Expand and Contract**

Coors beers are available to consumers in every state except Indiana, where a chaotic beer-distribution industry has kept the brewer away. The past seven years have brought big changes to all departments of Coors Brewing Company, but perhaps most notably to its distribution system.

Until the early 1980s, Coors beers were

available only in 11 Western states. Coors brands were leaders for many of its wholesalers, and the brewery benefited from the aggressive self-interest of wholesalers who sold Coors brands hard.

As Coors expanded across the country, it signed up wholesalers who already had a primary supplier—in most cases, Stroh or Heileman. For these distributors, Coors represented something secondary, and sometimes got secondary attention.

A pattern started to develop as Coors



*Coors dominates sleepy Golden, CO, but Anheuser-Busch dominates the beer industry.*

moved its products into new territory in the South and Midwest. Coors would enter a state with much fanfare: plenty of advertising and promotion and low retail prices. It prompted heavy trial among consumers, and Coors would sometimes snare as much as 15 percent of the local beer market within a few weeks of its debut. Then, as the novelty wore off and prices climbed into parity with other premium brands, Coors sales would dip.

Seeing this pattern, Coors tried a different approach as it moved into the Mid-Atlantic states, the final phase of its expansion. Instead of assigning its brands to a wholesaler only within his established distribution area, Coors picked fewer wholesalers and asked them to distribute in a much larger territory. ''We have an area where a distributor represents another brand in one county, and our brand is represented by that distributor in nine counties,'' explains Terry Nauslar, director of distribution and sales development. ''Right away, we represent 35 percent of his volume. The brand he has in just one county is 30 percent, but we're the number one brand in the house.

''Overnight, they're a Coors operation,'' he enthuses. ''In the most recent expansions—New York, New Jersey, Pennsylvania and Delaware—we have a larger share of that distributor's mind than we did, say, in Wisconsin or Michigan.''

The company's sales trends in the Mid-Atlantic region have been healthier than in other expansion states. Instead of an initial surge followed by a drop, Coors brands started small and have been growing. ''Not at a tremendously rapid pace, but they have grown,'' observes Bob Montana, a New York Anheuser-Busch wholesaler. Nauslar attributes the success in large part to the strategy of going with fewer, larger distributors. For example, Coors brands are distributed in 14 downstate New York counties—including all five New York City boroughs—by one entity, Honickman Enterprises, that primarily bottles soft drinks.

Hoping to bring the successful format to other parts of the country, Coors has moved to bolster its rights to buy Coors distributorships when current owners decide to sell. When five-year contracts with wholesalers started to come up for renewal this year, Coors substituted a brand new, seven-year contract with several significant changes. The new contract takes away Coors' right to terminate a wholesaler without cause and it includes a more comprehensive list of duties which the wholesaler is expected to perform. But the change that got the most attention was a clause that gives Coors the right of first refusal to match any price for a Coors wholesalership if the owner decides to sell.

This caused some much-reported controversy among wholesalers, perhaps due to the mistaken impression that Coors was reserving the right to buy an entire distributorship, including brands of other brewers. This is not the case, according to Peter Coors, although the contractual language is ambiguous. ''There's no way that we can impose ourselves on another brewer who doesn't want Coors Brewing Company to be their distributor,'' he says. ''The right of first refusal relates only to the brands that we distribute. So the issue, I suspect, in the mind of the distributor would be 'Is this distributorship worth as much as a unit as it would be if it was broken up, with the Coors part going one way and other brands going other ways?' I don't know the answer to that.''

The company realized that establishing a right-of-first-refusal clause in the contract could prove thorny, even though Anheuser-Busch maintains that stipulation with its wholesalers. ''We tried to find a way that we as a brewer can have more

MILLERCOORS0153259

control in the turnover of distributorships without penalizing our distributors, and it's a very delicate and difficult undertaking,'' says Coors. ''Whether or not we stepped too far over the line will be subject to debate. But at this point in time we feel that it's in our mutual best interests, and when I say that I mean the distributors and the brewery.''

To sweeten the contract, Coors put in a few ''givebacks,'' in Nauslar's words, in-



*Terry Nauslar, director of distribution and sales development, is the company's point man for newly decentralized marketing efforts. ''We're going to get so micro that we will be marketing to Queens,'' he says.*

cluding the right to transfer ownership within the family upon the death of the principal owner without Coors' approval.

Coors wholesalers contacted by BEVERAGE WORLD seemed, if not overjoyed with the new contract, at least not particularly dissatisfied either. ''It's not all bad, it's not all good,'' says Ingold of Yuma. ''But the contract was written by the manufacturer. It's from their side.''

Says fellow Arizona wholesaler Arthur Pearce: ''From the way I read it, I think it will actually be better for us.''

### Micro Marketing

Another prong in Coors' plan to stay competitive in the flat beer market is its newly decentralized approach to sales and marketing. In a move that has been well-received by wholesalers, four regional offices—in Sacramento, Atlanta, Chicago and East Rutherford, NJ—have been established. The regionalization is both necessary and opportunistic.

''We've basically been in regional marketing for the past seven years through market-expansion,'' says Nauslar. ''Right

now, we have a team that does nothing but concentrate on New York and New Jersey, and the results speak for themselves. What we've done is taken market expansion and we've put a different name on it. We call it sales development.''

Sales development started as an experiment in a few specific markets. Coors teams descended on these cities, met with distributors, and did what Nauslar calls ''gap analysis. They said here's where we need to be, here's where we are, here's the gap, how do we get there?'' The goal, he adds, was to ''encourage better sampling of our products so that we could enlarge our franchise. It was very successful in the markets that we put it in, and when I say successful, I mean we met our objectives.''

Recently, Miller Brewing Company staged a full-fledged, integrated promotion and advertising campaign for *Lite* just for the state of Texas. Are Coors marketing programs headed in the same direction? ''Yes,'' replies Peter. ''We're going to regionalize and localize as much as we possibly can, as long as it's meaningful. There's no sense localizing just for the sake of localizing. But I think target-marketing is the name of the game.''

Says Nauslar: ''We're going to get so micro that we will be marketing to Queens, to Manhattan, to Northern New Jersey, to the specific demographics of that geography or that supermarket or that liquor store.''

Coors wholesalers will play a crucial role in the strategy, he adds. ''A year ago, we developed specific creative for *Coors Light* that was targeted to Houston. It tied into the Astrodome and some of the fabric of Houston. Our *Coors Light* volumes for the city of Houston were greater than any other for 1988, so we know those kinds of programs work.''



While Coors' national expansion is essentially complete, the company admits there are many sales channels where its penetration is not what it might be, particularly draft accounts in bars and restaurants. If that situation is improved, Coors' declining beer volumes may get a boost.

In any event, Coors, with some growing brands, an extremely efficient brewery and a debt-free balance sheet, appears to be the brewer best-positioned to compete with Anheuser-Busch and Miller for the long haul.           **BW**



MILLERCOORS0153260