UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>　　　　　　Defendant.<br><br>MILLERCOORS LLC,<br><br>　　　　　　Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>　　　　　　Counter Defendant. | Case No.: 18cv331-BEN-LL<br><br>**ORDER REQUIRING DECLARATION AND EVIDENCE IN SUPPORT OF MILLERCOORS LLC'S OPPOSITION TO STONE BREWING'S REQUEST FOR PARTIAL RECONSIDERATION OF THE COURT'S JULY 2, 2019 ORDER** |

On August 1, 2019, Plaintiff filed a Request for Partial Reconsideration of the Court's July 2, 2019 Order. ECF No. 145. On August 9, 2019, MillerCoors filed an Opposition to Stone Brewing's Request for Partial Reconsideration of the Court's July 2, 2019 Order. ECF No. 149. After reviewing Defendant's Opposition and supporting exhibits, the Court finds that Defendant has failed to submit sufficient evidence for the Court to determine whether Mekanism was acting as the functional equivalent of

1

MillerCoors' employees, thus implicating the corporate attorney-client privilege for certain communications under <u>United States v. Graf</u>, 610 F.3d 1148 (9th Cir. 2010). Although Defendant's Opposition contains legal argument in support of its position that MillerCoors correctly clawed back certain communications between MillerCoors and Mekanism that were attorney-client privileged, Defendant's Opposition contains no supporting declaration or any other factual evidence (other than a deposition transcript excerpt from Mr. Richard Thornhill) to show the precise nature of the relationship Mekanism had with MillerCoors. <u>See</u> Docket. Accordingly, Defendant is **ORDERED** to submit a declaration with evidentiary support of its argument that Mekanism employees were acting as the functional equivalent of MillerCoors' employees on or before **August 28, 2019** at **4:00 p.m. P.S.T.** **The Court will not consider any additional briefing on this issue.**

    IT IS SO ORDERED.

Dated: August 26, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge