REDACTED VERSION

Christopher T. Casamassima (SBN #211280)
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
chris.casamassima@wilmerhale.com

Vinita Ferrera (*pro hac vice*; MA Bar #631190)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6556
vinita.ferrera@wilmerhale.com

Additional counsel listed on signature page

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC, | Case No: 3:18-cv-00331-BEN-LL |
| Plaintiff / Counterclaim Defendant,<br>v. | **DECLARATION OF GRACE NEEDLEMAN IN RESPONSE TO DKT. NO. 181** |
| MILLERCOORS LLC, | Date: September 16, 2019 |
| Defendant / Counterclaim Plaintiff. | Time: 10:30 a.m.<br>Location: Courtroom 5A<br>Judge: Hon. Roger T. Benitez |

REDACTED VERSION

I, Grace Needleman, declare under penalty of perjury as follows:

1.     I am over 21 years of age and competent to testify upon personal knowledge to the matters set forth herein.

2.     I am currently employed by MillerCoors LLC ("MillerCoors") as an Associate Marketing Manager for the Coors Light brand team. I have worked full-time for MillerCoors since August 2016.

3.     When I joined MillerCoors in August 2016, I was an Associate Marketing Manager on the Economy Brands portfolio, including the Keystone and Milwaukee's Best brands. I held that position until April 2018. In my role as Associate Marketing Manager on the Economy Brands portfolio, I was a member of the brand team responsible for the refresh of the Keystone brand packaging and communications.

4.     I am familiar with the role played by our agency Mekanism in the Keystone refresh.

5.     Mekanism was MillerCoors' communications agency of record for the Keystone refresh. In that role, Mekanism was tasked with creating the communications campaign for Keystone, including out-of-home advertising, such as billboards and bus shelter advertisements, radio advertisements, print advertising, and digital video advertising. At that time, MillerCoors did not have an in-house design group responsible for designing content to enter the marketplace. As a result, Mekanism functioned as the design arm of the Keystone brand team, developing and designing advertising concepts for review and consideration by the brand team.

6.     Attached hereto as Exhibit 1 is a true and correct copy of the Mekanism Statement of Work (SOW) for the Keystone brand in the 2016 to 2018 time frame (MILLERCOORS0133710- MILLERCOORS0133713). As set forth

1   in the SOW, Mekanism was responsible for the ███████████

2   ███████████████████████████

3   ███████████████████████████

4   ██████████████████████

5   ███████████████████████

6   7.   Mekanism was also responsible for ████████████████

7   ████████████████████████████████

8   ██████   Ex. 1 at MILLERCOORS0133711.  Mekanism was also an ████████

9   ███████████████████████████████████

10  █████████████████████████████

11  █████████████████████████████

12  ████████████████████████   Ex. 1 at

13  MILLERCOORS0133711-133712.

14  8.   Mekanism employees involved in the Keystone refresh had a continuous and

15  close working relationship with the Keystone brand team.  Mekanism's work

16  on the Keystone refresh was directed and supervised by the Keystone brand

17  team, and Mekanism employees worked hand-in-hand with the brand team

18  on the communications strategy for Keystone, communicating on an almost

19  daily basis by phone, e-mail, or in person.

20  9.   █████████████████████████████

21  ██████████████████████████████

22  █████

23  10.   Over the course of the development of the Keystone refresh, ████████████

24  ████████████████████████████████████

25  ████████████████████████   Because of

26  Mekanism's extensive involvement in the development of the

27  communications campaign for Keystone, █████████████████████

28

3

REDACTED VERSION

11.   Mekanism played a critical role in the development of the refreshed Keystone communications campaign. [REDACTED]

It would have been virtually impossible to have a collaborative and meaningful discussion with Mekanism about the overall communications strategy and to exchange important feedback regarding specific proposals.

Executed on this 28th day of August, 2019 in Chicago, Illinois.

Grace Needleman

DECLARATION OF GRACE NEEDLEMAN IN RESPONSE TO DKT. NO. 181
Case No: 3:18-cv-00331-BEN-LL