| | |
|---|---|
| 1 | Christopher T. Casamassima (SBN #211280) |
| 2 | WILMER CUTLER PICKERING HALE & DORR LLP |
| 3 | 350 South Grand Avenue, Suite 2100 |
| 4 | Los Angeles, CA 90071 |
|   | Tel: (213) 443-5300 |
| 5 | chris.casamassima@wilmerhale.com |
| 6 | Vinita Ferrera (*pro hac vice*; MA Bar #631190) |
| 7 | WILMER CUTLER PICKERING HALE & DORR LLP |
|   | 60 State Street |
| 8 | Boston, MA 02109 |
| 9 | Tel: (617) 526-6556 |
|   | vinita.ferrera@wilmerhale.com |

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STONE BREWING CO., LLC,<br>      Plaintiff/Counterclaim Defendant,<br>v.<br>MILLERCOORS LLC,<br>      Defendant/Counterclaim Plaintiff. | Case No.: 3:18-cv-00331-BEN-LL<br><br>**DECLARATION OF MICHAEL KALLENBERGER IN SUPPORT OF OPPOSITION TO STONE BREWING'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL KALLENBERGER**<br><br>Date: September 16, 2019<br>Time: 10:30 a.m.<br>Location: Courtroom 5A<br>Judge: Hon. Roger T. Benitez |

I, Michael Kallenberger, declare as follows:

1. I am the Founder and President of Tropos Brand Consulting. I have worked in marketing in the beer industry for over thirty years.

2. As stated in my initial Report, in the course of my work for Miller Brewing Company, MillerCoors, and currently in my work as a brand consultant, I have used psychographic principles and analyses to perform my work as a marketer.

3. In the course of my work as a marketer, I have conducted hundreds of formal interviews with participants who are pre-selected and recruited as part of our work on consumer motivations and preferences. These interviews are recorded and transcribed and then used to create reports informing marketing strategy.

4. During the course of my work as a marketer and brand consultant, I regularly review surveys about consumer preferences.

5. Psychographics is a well-known and well-respected tool in marketing. Among the articles and papers I've reviewed and studied on psychographics are:

   a. "Advertising Research at Anheuser-Busch" (true and correct copy attached hereto as Exhibit 1)

   b. "Psychographics – Some Additional Findings" (true and correct copy attached hereto as Exhibit 2)

   c. "The New Science of Focus Groups" (true and correct copy attached hereto as Exhibit 3)

   d. "Connecting Data to Decisions with Customer Analytics" (true and correct copy attached hereto as Exhibit 4)

   e. "Psychographics Are Just as Important for Marketers as Demographics" (true and correct copy attached hereto as Exhibit 5)

   f. "Interpreting Consumer Perceptions of Advertising – An Application of ZMET" (true and correct copy attached hereto as Exhibit 6)

  g. "The Generalizability of Psychographic Market Segments Across Geographic Locations" (true and correct copy attached hereto as Exhibit 7).

6. In addition, I have written and published on psychographics in the particular context of the beer industry. A true and correct copy of one such article, "Consumer Research for Craft Brewers," published in *The New Brewer* in 2016 is attached hereto as Exhibit 8.

7. Psychographics is taught in the marketing departments at major universities, including the University of Michigan, the University of Pennsylvania, the University of Texas at Austin, and the University of Wisconsin, where I teach.

8. Psychographics is used by many major corporations in developing marketing strategies. For example, Harley Davidson, McDonalds, Coca-Cola, and Anheuser-Busch have used psychographics research as a tool in developing marketing strategy, and have published articles regarding such research.

9. The application of psychographics involves the analysis of qualitative research through a framework. Attached hereto as Exhibit 9 is a selection of psychographic frameworks.

10. Attached hereto as Exhibit 10 is a true and correct copy of my rebuttal expert report, dated July 29, 2019. The contents of that report are true and accurate and, if called upon, I could testify competently to the contents therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2019

*Michael Kallenberger*
Michael Kallenberger