Christopher T. Casamassima (SBN #211280)
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
chris.casamassima@wilmerhale.com

Vinita Ferrera (*pro hac vice*; MA Bar #631190)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6556
vinita.ferrera@wilmerhale.com

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STONE BREWING CO., LLC, | Case No.: 3:18-cv-00331-BEN-LL |
|---|---|
| Plaintiff/Counterclaim Defendant, | |
| v. | **DECLARATION OF MICHAEL KALLENBERGER IN SUPPORT OF DEFENDANT'S OPPOSITION TO STONE BREWING'S MOTION FOR SUMMARY JUDGMENT** |
| MILLERCOORS LLC, | |
| Defendant/Counterclaim Plaintiff. | |
| | Date: September 16, 2019 |
| | Time: 10:30 a.m. |
| | Location: Courtroom 5A |
| | Judge: Hon. Roger T. Benitez |

I, Michael Kallenberger declare as follows:

1. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently as stated herein.

2. I am the Founder and President of Tropos Brand Consulting. I have worked in marketing in the beer industry for over thirty years.

3. I have been retained in this case to provide expert opinion on behalf of Defendant MillerCoors LLC.

4. Attached hereto as Exhibit 1 is a true and correct copy of my opening expert report, dated July 5, 2019. The contents of that report are true and accurate and, if called upon, I could testify competently to the contents therein.

5. Attached hereto as Exhibit 2 is a true and correct copy of my rebuttal expert report, dated July 29, 2019. The contents of that report are true and accurate and, if called upon, I could testify competently to the contents therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2019

Michael Kallenberger