# EXHIBIT 2
# LODGED UNDER SEAL