UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY;<br>MILLERCOORS LLC; and<br>DOES 1 through 25,<br><br>　　　　　　　　　　Defendants.<br><br>MILLERCOORS LLC,<br><br>　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>　　　　　　　　　　Counter Defendant. | Case No.:  18cv331-BEN-LL<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCES** |

On October 2, 2019, the parties attended a Mandatory Settlement Conference, but the case did not settle. ECF No. 255. The Court finds it appropriate to schedule the following telephonic status conferences:

/ / /

1

18cv331-BEN-LL

1. On **October 8, 2019** at **10:00 a.m.**, Plaintiff's counsel shall call the chambers of the undersigned magistrate judge with at least one party representative on the line.[1]

2. On **October 8, 2019** at **10:30 a.m.**, Defendant's counsel shall call the chambers of the undersigned magistrate judge with at least one party representative on the line.

**IT IS SO ORDERED.**

Dated:  October 3, 2019

Honorable Linda Lopez
United States Magistrate Judge

---

[1] 619-557-5585