1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>              Defendant. | Case No.:  18cv331-BEN-LL<br><br>**ORDER DENYING PLAINTIFF STONE BREWING CO. LLC'S EX PARTE APPLICATION FOR BRIEFING SCHEDULE ON MOTION TO COMPEL AND FOR SANCTIONS**<br><br>**[ECF No. 328]** |
| MILLERCOORS LLC,<br><br>              Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>              Counter Defendant. | **ORDER DIRECTING THE PARTIES TO MEET AND CONFER IN PERSON** |

On February 11, 2020, Plaintiff Stone Brewing filed an *Ex Parte* Application for Briefing Schedule on Motion to Compel and For Sanctions. ECF No. 328.  Stone states that the application "is necessary because for over a week, all of the at least six identified lawyers working on this case for Defendant have refused Stone's multiple requests to meet and confer and to jointly call the Court as required by this Court's Rules, and have threatened to seek sanctions if Stone called the Court itself." Id. at 2 (citing Hagey Decl.,

Ex. 1).  Stone further states that it has recently "discovered the Defendant had edited a critical video to remove senior management statements regarding the Keystone infringement campaign at the heart of this case." ECF No. 328 at 2.  Stone further states that it "learned that Defendant had withheld other similar videos" which Stone believes are "responsive to at least 15 document requests." Id.  Stone states that it has "repeatedly tried to meet and confer" with MillerCoors, but a meaningful meet and confer has not taken occurred to date. See ECF No. 328; see also Hagey Decl.

The Court **DENIES** Plaintiff's Ex Parte Application for a briefing schedule at this time.  However, the Court finds it appropriate to **ORDER** the following:

1. Lead counsel for the parties shall meet and confer regarding the issues raised in Plaintiff's ex parte application and motion to compel telephonically by **4:00 p.m. PST** on **February 12, 2020.**

2. If lead counsel are unable to resolve the issues raised in Plaintiff's *ex parte* application and motion to compel in the telephonic meet and confer, lead counsel for the parties shall meet in-person by **2:00 p.m. PST** on **February 14, 2020.**

3. Counsel for the parties shall jointly call the Chambers of Magistrate Judge Lopez at **4:00 p.m. PST** on **February 14, 2020** to advise the status of any remaining dispute.

4. To the extent the parties cannot agree on where to hold the in-person meet and confer, the default is San Diego since that is where the case is venued.

5. **The Parties are hereby advised that failure to adhere to this Court's Order may result in the imposition of sanctions.**

**IT IS SO ORDERED**.

Dated:  February 11, 2020

Honorable Linda Lopez
United States Magistrate Judge

18cv331-BEN-LL