UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY;<br>MILLERCOORS LLC; and<br>DOES 1 through 25,<br><br>　　　　　　　　　　Defendants.<br><hr>MILLERCOORS LLC,<br><br>　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>　　　　　　　　　　Counter Defendant. | Case No.: 18cv331-BEN-LL<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DISCOVERY DISPUTE** |

On March 9, 2020, counsel for Plaintiff, Stone Brewing Co., LLC, Jeffrey Theodore and Bram Schumer, and counsel for Defendant MillerCoors LLC, Valerie Good and Brittany Amadi, jointly contacted chambers regarding a discovery dispute. The parties represented that the dispute is in connection with a third-party subpoena Stone Brewing

served on Andrews in January 2019. Based upon a summary of the parties' positions during the call, the Court does not find it appropriate for the parties to brief the substantive nature of the dispute. However, the Court finds it appropriate to set the following briefing schedule for the parties to set forth their respective positions on whether the dispute is timely in light of the fact that fact discovery closed on May 31, 2019. ECF No. 120.

1. Plaintiff must file its motion on or before **March 17, 2020**.
2. Defendant's opposition must be filed on or before **March 24, 2020**.
3. No replies shall be filed unless otherwise ordered by the Court.

The moving brief and opposition brief must be no longer than four pages each. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated: March 10, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge