

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

STONE BREWING CO., LLC

                         **Plaintiff,**

V.

MILLERCOORS LLC

                         **Defendant.**

Civil Action No. 18-cv-00331-BEN-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Plaintiff's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART. The Defendant's Motion for Summary Judgment is DENIED. The Plaintiff's Motion to Strike Portions of Defendant's Summary Judgment Brief is DENIED as moot.

Date: 3/30/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

                                                        M. Exler, Deputy