UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>　　　　　　　　　Defendant.<br><br>MILLERCOORS LLC,<br><br>　　　　　　　　　Counter Claimant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>　　　　　　　　　Counter Defendant. | Case No.: 18cv331-BEN-LL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY RE DISCOVERY DISPUTE PURSUANT TO ECF NO. 348**<br><br>**[ECF No. 358]** |

On March 27, 2020, Plaintiff filed a request for leave to file a reply in a discovery dispute. ECF No. 358. The same day, Defendant filed a response in opposition to Plaintiff's request. ECF No. 359. Plaintiff states that it requests "leave to file a reply in further support of its request for briefing on MillerCoors's additional withholding of evidence and violation of discovery obligation." ECF No. 358 at 2. The Court issued a briefing schedule for the underlying discovery dispute on March 10, 2020, which stated that "[n]o replies

shall be filed unless otherwise ordered by the Court." ECF No. 348 at 2. The Court finds no good cause to accept a reply. If the Court deems a reply is necessary, it will order one to be filed. Accordingly, the Court **DENIES** Plaintiff's request.

**IT IS SO ORDERED**.

Dated: March 31, 2020

Honorable Linda Lopez
United States Magistrate Judge