UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING CO., MILLERCOORS LLC, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00331-BEN-JMA<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE CERTAIN DECLARATIONS AND EXHIBITS UNDER SEAL**<br><br>[ECF Nos. 366, 370, 373] |

Concurrent with the Parties' briefing on Plaintiff Stone Brewing Company, LLC's Objection to the Order Denying Plaintiff's Motion re Discovery Dispute, the Parties moved to file under seal certain portions of their briefs, declarations, and supporting exhibits.

The portions of the briefs, declarations, and exhibits sought to be sealed contain, reference, or discuss commercially sensitive and proprietary business data. These documents have been previously designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order issued in this case. *See* ECF No. 54. Specifically, these exhibits contain business information including detailed business strategy and detailed agreements with third parties.

1

1  "[C]ompelling reasons sufficient to outweigh the public's interest in disclosure and
2  justify sealing court records exist when such court files might . . . become a vehicle for
3  improper purposes, such as the use of records to . . . release trade secrets." *Kamakana v.*
4  *City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  A "trade secret may
5  consist of any formula, pattern, device or compilation of information which is used in
6  one's business, and which gives him an opportunity to obtain an advantage over
7  competitors who do not know or use it."  The Court can seal proprietary information to
8  protect a business from potential harm. *See Obesity Research Institute, LLC v. Fiber*
9  *Research International, LLC*, No. 15-CV-00595-BAS-MDD, 2017 WL 6270268, at *2
10 (S.D. Cal. Dec. 8, 2017) (granting motion to file documents containing proprietary
11 business information under seal).

12      Accordingly, the motions to seal is **GRANTED**.  Redacted versions of the
13 aforementioned documents have been filed on the public docket.  The Clerk is directed to
14 file unredacted versions of the documents and exhibits lodged at Docket Numbers 368,
15 372, and 374 under seal.

16      **IT IS SO ORDERED.**

18 DATED: October __, 2020

            _____
            Hon. Roger T. Benitez
            United States District Court

2