1  Vinita Ferrera (*pro hac vice*; MA Bar No. 631190)
2  Wilmer Cutler Pickering Hale & Dorr LLP
   60 State Street
3  Boston, MA 02109
4  Tel: (617) 526-6556
   vinita.ferrera@wilmerhale.com
5
6  Valerie M. Goo (SBN 187334)
      VGoo@crowell.com
7  Kent B. Goss (SBN 131499)
8     KGoss@crowell.com
   Crowell & Moring LLP
9  515 South Flower St., 40th Floor
10 Los Angeles, CA 90071
   Tel: (213) 622-4750
11
12 Additional counsel listed on signature page

13 ATTORNEYS FOR DEFENDANT
14 MILLERCOORS LLC

15
                    **UNITED STATES DISTRICT COURT**
16
                    **SOUTHERN DISTRICT OF CALIFORNIA**
17

18
   | STONE BREWING CO., LLC,                  | Case No.: 3:18-cv-00331-BEN-LL |
19 |                                           |                                |
   |     Plaintiff/Counterclaim Defendant,     | **DECLARATION OF MOLLY A.**    |
20 |                                           | **JONES IN SUPPORT OF**        |
   | v.                                        | **DEFENDANT MILLERCOORS**      |
21 |                                           | **LLC'S MOTION FOR LEAVE TO**  |
   | MILLERCOORS LLC,                          | **FILE DECLARATION OF KELLY**  |
22 |                                           | **TWIGGER IN SUPPORT OF**      |
   |     Defendant/Counterclaim Plaintiff.     | **MILLERCOORS LLC'S**          |
23 |                                           | **OPPOSITION TO PLAINTIFF'S**  |
24 |                                           | **OFFER OF PROOF RE: WITHHELD**|
25 |                                           | **EVIDENCE/MIL NO. 5 UNDER**   |
26 |                                           | **SEAL**                       |
27
28

I, Molly A. Jones, declare as follows:

1.     I am an attorney with Crowell & Moring LLP and counsel of record for Defendant MillerCoors LLC ("MillerCoors") in the above-captioned litigation. I make this declaration based upon my knowledge of the facts stated herein, and, if called to testify, I could and would testify competently thereto.

2.     I submit this declaration in support of MillerCoors' Motion for Leave to File Declaration of Kelly Twigger in Support of MillerCoors LLC's Opposition to Plaintiff's Offer of Proof Re: Withheld Evidence/Mil No. 5 Under Seal, pursuant to Local Rule 79.2.

3.     The Declaration of Kelly Twigger, which MillerCoors seeks to file under seal, contains commercially sensitive and proprietary business information and thus warrants sealing under the compelling reasons standard. The document contains facts and data relating to MillerCoors' business strategy, its consumers, and agreements with third parties. If made public, this information would provide MillerCoors' competitors with an unfair competitive advantage. In addition, the information contained in the declaration has been designated as confidential under the operative Protective Order by MillerCoors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of December 2020.

*/s/ Molly A. Jones*
Molly A. Jones

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 4th day of December 2020, the forgoing document was served via email on Plaintiff's counsel of record.

> By: /s/ *Valerie M. Goo*
> Valerie M. Goo