Vinita Ferrera (*pro hac vice*; MA Bar No. 631190)
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6556
vinita.ferrera@wilmerhale.com

Valerie M. Goo (SBN 187334)
  VGoo@crowell.com
Kent B. Goss (SBN 131499)
  KGoss@crowell.com
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750

Additional counsel listed on signature page

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>    Defendant/Counterclaim Plaintiff. | Case No.:  3:18-cv-00331-BEN-LL<br><br>**DEFENDANT MILLERCOORS LLC'S UNOPPOSED *EX PARTE* MOTION TO STRIKE CONFIDENTIAL MATERIAL FROM PUBLIC DOCKET; DECLARATION OF MOLLY A. JONES IN SUPPORT THEREOF**<br><br>Judge: Hon. Roger T. Benitez<br><br>Complaint Filed: February 12, 2018 |

Defendant MillerCoors LLC ("MillerCoors") hereby submits this **unopposed** *ex parte* application to correct the inadvertent public filing of a document that contains confidential information. Specifically, MillerCoors requests that the Court strike from the docket ECF No. 426-1, which is the Declaration of Kelly Twigger in support of Defendant MillerCoors' Opposition to Plaintiff's Offer of Proof re: Withheld Evidence/Mil No. 5 ("Twigger Declaration"). The Twigger Declaration was inadvertently filed on the public docket. It has since been resubmitted under seal as ECF No. 429 pursuant to a motion to seal (ECF No. 428), and a public version of this document filed as ECF No. 427.

On December 5, 2020, MillerCoors filed its Opposition to Plaintiff's Offer of Proof re: Withheld Evidence/Mil No. 5. ECF No. 426. MillerCoors intended to file the supporting Twigger Declaration under seal, but inadvertently filed it on the public docket. Declaration of Molly A. Jones ("Jones Decl."), ¶ 2. After realizing that the Twigger Declaration inadvertently had been filed publicly, MillerCoors promptly filed a "public" version of the Declaration, a motion to file the Declaration under seal, and a sealed version of the Declaration. *Id*. at ¶ 4; ECF Nos. 427-429.

As explained in the motion to file under seal and Jones Declaration in support (*see* ECF No. 428), the Twigger Declaration discusses confidential and proprietary information provided by MillerCoors about the beer market, beer consumers, and business strategy, which was produced subject to the Protective Order (ECF No. 54), and which, if made public, would provide MillerCoors' competitors with an unfair competitive advantage. Jones Decl., ¶ 3. Thus, there are compelling reasons for the information in the Declaration not to be available to the public.

The Twigger Declaration that was inadvertently filed on the public docket (ECF 426-1) already has been refiled as ECF No. 427 (public version), and MillerCoors already has made a motion to file the unredacted Twigger Declaration under seal. ECF No. 428.

Therefore, MillerCoors respectfully requests that the Court strike the inadvertently

-1-

1  filed Twigger Declaration (ECF No. 426-1) and remove it from the public docket.

Respectfully submitted,

Dated: December 8, 2020

By: /s/ *Molly A. Jones*
Molly A. Jones (SBN 301419)
Kent B. Goss (SBN 131499)
Valerie M. Goo (SBN 187334)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071-2201
Tel: (213) 622-4750
vgoo@crowell.com
kgoss@crowell.com

Vinita Ferrera (*pro hac vice*; MA Bar No. 631190)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6556
vinita.ferrera@wilmerhale.com

Brittany Blueitt Amadi (*pro hac vice*; DC Bar No. 1015271)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
brittany.amadi@wilmerhale.com

*Attorneys for Defendant MillerCoors LLC*

-2-

DEFENDANT'S UNOPPOSED *EX PARTE* MOTION TO STRIKE CONFIDENTIAL MATERIAL FROM PUBLIC DOCKET; DECLARATION OF MOLLY A. JONES IN SUPPORT THEREOF;
CASE NO. 3:18-CV-00331-BEN-LL

## DECLARATION OF MOLLY A. JONES

I, Molly A. Jones, declare as follows:

1. I am an attorney with Crowell & Moring LLP and counsel of record for Defendant MillerCoors LLC ("MillerCoors") in the above-captioned litigation. I make this declaration based upon my knowledge of the facts stated herein, and, if called to testify, I could and would testify competently thereto.

2. On December 5, 2020, MillerCoors filed its Opposition to Plaintiff's Offer of Proof re: Withheld Evidence/Mil No. 5 ("Opposition"). MillerCoors attached to the Opposition the Declaration of Kelly Twigger in support of Defendant MillerCoors' Opposition to Plaintiff's Offer of Proof re: Withheld Evidence/Mil No. 5 ("Twigger Declaration"). ECF No. 426-1. MillerCoors inadvertently filed the Twigger Declaration on the public docket.

3. The Twigger Declaration should have been filed under seal, as the Declaration discusses confidential and proprietary information provided by MillerCoors pursuant to the Protective Order about the beer market, beer consumers, and business strategy, which, if made public, would provide MillerCoors' competitors with an unfair competitive advantage.

4. MillerCoors promptly filed a new, public version of the Twigger Declaration ECF No. 427. MillerCoors also promptly filed a motion to seal the Twigger Declaration (ECF No. 428), and lodged the unredacted version of the Twigger Declaration with the Court. ECF No. 429.

5. Counsel for MillerCoors provided notice that it intended to file this *ex parte* motion to counsel for Plaintiff Stone Brewing Company, LLC ("Plaintiff") on December 8, 2020. Plaintiff's counsel informed counsel for MillerCoors that "[a]s it is not [Plaintiff's] information at issue, we take no position on the request." Having expressed no opposition, we understand that Plaintiff does not oppose MillerCoors' *ex parte* motion.

-3-

DEFENDANT'S UNOPPOSED *EX PARTE* MOTION TO STRIKE CONFIDENTIAL MATERIAL FROM PUBLIC DOCKET; DECLARATION OF MOLLY A. JONES IN SUPPORT THEREOF;
CASE NO. 3:18-CV-00331-BEN-LL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2020 in Oakland, California.

/s/ *Molly A. Jones*
Molly A. Jones

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of December 2020, the forgoing document was served via email on Plaintiff's counsel of record.

By: /s/ *Molly A. Jones*
Molly A. Jones

-4-

DEFENDANT'S UNOPPOSED *EX PARTE* MOTION TO STRIKE CONFIDENTIAL MATERIAL FROM PUBLIC DOCKET; DECLARATION OF MOLLY A. JONES IN SUPPORT THEREOF;
CASE NO. 3:18-CV-00331-BEN-LL