UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>                         Defendant. | Case No.: 3:18-cv-00331-BEN-LL<br><br>**ORDER GRANTING DEFENDANT MILLERCOORS LLC'S UNOPPOSED EX PARTE MOTION TO STRIKE CONFIDENTIAL MATERIAL FROM PUBLIC DOCKET**<br><br>**[ECF No. 430]** |

    Good cause having been shown, the Court hereby **GRANTS** Defendant MillerCoors LLC's Unopposed *Ex Parte* Motion to Strike Confidential Material from the Public Docket. The Clerk of the Court is instructed to remove from the public docket in this matter the Declaration of Kelly Twigger in Support of Defendant MillerCoors LLC's Opposition to Plaintiff's Offer of Proof re: Withheld Evidence/MIL No. 5. *See* ECF No. 426-1.

    **IT IS SO ORDERED.**

DATED: December 14, 2020

**Hon. Roger T. Benitez**
United States District Court

1