UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>                          Defendant. | Case No.: 3:18-cv-00331-BEN-LL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 446]** |

    The Court has reviewed Christopher T. Casamassima's motion to withdraw his appearance for Defendant MillerCoors LLC.  Because Defendant is currently represented by another lead attorney of record, Vinita Ferrera, from the same law firm, Wilmer Cutler Pickering Hale and Dorr LLP, who will continue representing Defendant, Mr. Casamassima's motion is **GRANTED**.  The Clerk of Court shall remove Mr. Casamassima as counsel of record and terminate his receipt of eFilings.

    **IT IS SO ORDERED.**

DATED: February 4, 2021

_____
Hon. Roger T. Benitez
United States District Court

1