J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Forrest Arthur Hainline III, Esq. (SBN: 64166)
  hainline@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
  rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Douglas Curran, Esq. (*pro hac vice*)
  curran@braunhagey.com
BRAUNHAGEY & BORDEN LLP
7 Times Square, Twenty-Seventh Floor
New York, NY 10036
Telephone: (646) 829-9403
Facsimile: (646) 829-9403

ATTORNEYS FOR PLAINTIFF
STONE BREWING CO., LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br> Plaintiff / Counterclaim Defendant,<br><br> v.<br><br>MILLERCOORS LLC,<br><br> Defendant / Counterclaim Plaintiff. | Case No: 18-cv-0331-BEN-MDD<br><br>**PLAINTIFF STONE BREWING CO., LLC'S NOTICE OF SUBMISSION OF JOINT PROPOSED PRETRIAL ORDER TO SPECIAL MASTER**<br><br>District Judge: Hon. Roger T. Benitez<br>Magistrate: Hon. Mitchell D. Dembin<br><br>Complaint Filed: February 12, 2018<br>Jury Trial: March 7, 2022 |

Case No. 18-cv-0331-BEN-MDD
STONE'S NOTICE OF SUBMISSION TO SPECIAL MASTER

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  On January 5, 2022, the Court appointed the Honorable Andrew Guilford to
3  serve as special master in this case.  ECF No. 499.  The Court's Order appointing
4  Judge Guilford instructs the parties to file with the Clerk copies of all papers that
5  they submit to the Special Master for consideration.  *Id.*  Accordingly, Plaintiff Stone
6  Brewing Co., LLC ("Stone") hereby provides notice of its submission of the parties'
7  Updated Joint [Proposed] Pretrial Order, and supporting appendices and exhibit, to
8  Judge Guilford, on February 2, 2022.  A true and correct copy of Stone's
9  correspondence to Judge Guilford serving these materials is attached hereto as
10 **Attachment 1.**  The Updated Joint [Proposed] Pretrial Order and the link with the
11 related appendices and exhibit, originally attached and included in the email, have
12 already been submitted to the Court and are therefore omitted from Attachment 1.

14 Dated:  February 2, 2022                    Respectfully Submitted,

                                              BRAUNHAGEY & BORDEN LLP

                                              By:  *s/ J. Noah Hagey*
                                                        J. Noah Hagey

                                              *Attorneys for Plaintiff*
                                              *Stone Brewing Co., LLC*