Valerie M. Goo (SBN 187334)
  VGoo@crowell.com
Kent B. Goss (SBN 131499)
  KGoss@crowell.com
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750

Additional counsel listed on signature page

ATTORNEYS FOR DEFENDANT
MILLERCOORS LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>     Defendant/Counterclaim Plaintiff. | Case No.:  3:18-cv-00331-BEN-MDD<br><br>**MOTION TO WITHDRAW VINITA FERRERA AS COUNSEL OF RECORD**<br><br>Judge: Hon. Roger T. Benitez<br><br>Complaint Filed: February 12, 2018 |

PLEASE TAKE NOTICE that Vinita Ferrera, admitted *pro hac vice*, hereby moves under CivLR 83.3(f) to withdraw as counsel of record for Defendant MillerCoors LLC ("MillerCoors"). Ms. Vinita Ferrera submits the following in support of this motion:

1. MillerCoors is represented by Wilmer Cutler Pickering Hale and Dorr LLP and Crowell & Moring, LLP.
2. MillerCoors is aware of Ms. Ferrera's departure and will not be prejudiced. MillerCoors will continue to be represented by other attorneys admitted to the bar of this Court.
3. Pursuant to CivLR 83.3(f)(3), a copy of this notice of motion was served concurrently on counsel of record for Stone Brewing Co., LLC and the client MillerCoors. *See* Declaration of Vinita Ferrera.

THEREFORE, attorney Vinita Ferrera respectfully requests that the Court grant this motion to withdraw and the Court remove Vinita Ferrera from the electronic notice system for this case.

Respectfully submitted,

MILLERCOORS LLC

Dated: February 3, 2022

/s/ *Vinita Ferrera*
Vinita Ferrera (*pro hac vice*; MA Bar No. 631190)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6556
vinita.ferrera@wilmerhale.com

Brittany Blueitt Amadi (*pro hac vice*; DC Bar No. 1015271)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
brittany.amadi@wilmerhale.com

| | |
|---|---|
| 1 | Kent B. Goss (SBN 131499) |
| 2 | Valerie M. Goo (SBN 187334) |
|   | CROWELL & MORING LLP |
| 3 | 515 South Flower St., 40th Floor |
| 4 | Los Angeles, CA 90071-2201 |
|   | Tel: (213) 622-4750 |
| 5 | vgoo@crowell.com |
| 6 | kgoss@crowell.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on this, the 3rd day of February 2022, the forgoing document was served via email on Plaintiff's counsel of record.

By: /s/ *Vinita Ferrera*
Vinita Ferrera