UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>Defendant. | Case No.: 3:18-cv-00331-BEN-MDD<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 514] |

The Court has reviewed Vinita Ferrera's motion to withdraw as counsel of record for Defendant MillerCoors LLC. Because Defendant is currently represented by two other law firms and Ms. Ferrera's motion to withdraw is in compliance with Local Rule 83.3(f), the motion is **GRANTED**. The Clerk of Court shall remove Ms. Ferrera as counsel of record and terminate her receipt of eFilings.

**IT IS SO ORDERED.**

DATED: February 7, 2022

Hon. Roger T. Benitez
United States District Court

3:18-cv-00331-BEN-MDD