QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jonathan C. Bunge (IL Bar No. 6202603)
  jonathanbunge@quinnemanuel.com
  Daniel R. Lombard (IL Bar No. 6290071)
  daniellombard@quinnemanuel.com
  191 N. Wacker Drive, Suite 2700
  Chicago, Illinois 60606-1881
  Telephone:      (312) 705-7400
  Facsimile:      (312) 705-7401

CROWELL & MORING LLP
Kent B. Goss (SBN 131499)
KGoss@crowell.com
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Mariam Sarwar (SBN 329895)
MSarwar@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071 Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
  Molly A. Jones (SBN 301419)
  MoJones@crowell.com
3 Embarcadero Center, 26th Floor San Francisco, CA 94111
Telephone:    415.986.2800
Facsimile:    415.986.2827

Attorneys for Defendant
MILLERCOORS, LLC

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,, | Case No. 3:18-CV-00331-BEN-JMA |
| Plaintiff, | **DEFENDANT MILLERCOORS RESPONSE IN OPPOSITION TO STONE BREWING COMPANY'S MOTION TO COMPEL ATTENDANCE OF GAVIN HATTERSLEY AT TRIAL** |
| vs. | |
| MOLSON COORS BREWING COMPANY, MILLERCOORS, LLC, | |
| Defendant. | |

Case No. 3:18-CV-00331-BEN-JMA

DEFENDANT MILLERCOORS RESPONSE IN OPPOSITION TO STONE BREWING COMPANY'S
MOTION TO COMPEL ATTENDANCE OF GAVIN HATTERSLEY AT TRIAL

Stone Brewing Company's Motion to Compel (ECF No. 536, ("Mot.")) is false and misleading, and it should be denied.   Contrary to Stone Brewing Company's allegations, MillerCoors is not engaged in "[p]rejudicial pretrial maneuvering."  Mot. 1.  MillerCoors has agreed to make Gavin Hattersley, President and CEO of Molson Coors, available to testify during the first week of trial, starting on Thursday, March 10, 2022.  March 10 is within the range of dates that counsel for Stone Brewing Company provided for Mr. Hattersley in their February 10 email. *See* ECF No. 536-2.  After ignoring MillerCoors' requests to provide more specificity around when it planned to call MillerCoors' witnesses (including its CEO), Stone Brewing notified MillerCoors for the first time on Monday, February 28, 2022, that it intended to call Mr. Hattersley as its first witness on Tuesday, March 8 (or even on Monday, March 7, if there is time that day to start a witness).  *See* ECF No. 536-3.  After checking with Mr. Hattersley regarding his schedule, counsel for MillerCoors quickly responded that Mr. Hattersley has conflicts on March 8 and March 9, but will be available to testify at trial on March 10, 2022.  Rather than accommodate this request to move Mr. Hattersley's testimony from Tuesday to Thursday of next week, Stone Brewing Company filed this motion.

*First*, Stone Brewing Company claims that MillerCoors is lying about Mr. Hattersley's conflicts. Mot. 1.  Apparently based on some "[s]imple internet searching,"  Stone Brewing Company claims that a conference in Boston is preventing Mr. Hattersley from testifying on its preferred day. Mot. 1.  Stone Brewing Company is wrong.

Mr. Hattersley is the President and Chief Executive Officer of Molson Coors, a publicly traded company.  Molson Coors employs over 17,000 people around the world and operates 42 breweries.  Mr. Hattersley's responsibilities are many and evolve daily based on issues ranging from rapid changes in the economy to instability in foreign affairs.   Unsurprisingly, Mr. Hattersley's full schedule is not publicly available online.

This lawsuit is important to Molson Coors and to Mr. Hattersley personally.  Mr. Hattersley (who lives and works in the Milwaukee, Wisconsin area) plans to travel across the country to San

DEFENDANT MILLERCOORS RESPONSE IN OPPOSITION TO STONE BREWING COMPANY'S
MOTION TO COMPEL ATTENDANCE OF GAVIN HATTERSLEY AT TRIAL

1  Diego and provide his testimony in this case.  Stone Brewing Company requested that Mr.

2  Hattersley be available to testify the first week of trial, and Mr. Hattersley has organized his

3  calendar to make himself available on Thursday, March 10—one of the days that Stone Brewing

4  Company requested.  *See* ECF No. 536-2.

5        On Tuesday, March 8, Mr. Hattersley is meeting with several investors in New York City

6  over the course of the day, which is important to the company's business.  The details of these

7  meetings are business sensitive, but if the Court would find it helpful, MillerCoors is willing to

8  submit a declaration from Mr. Hattersley for *in camera* review providing additional details.  These

9  investor meetings are separate from the UBS-hosted meeting in Boston, which Mr. Hattersley had

10  agreed to either miss or to participate in remotely, time permitting.  Mr. Hattersley will also need

11  time to fly across the country and prepare to testify in this case in San Diego.  Mr. Hattersley will

12  be available to testify on Thursday, March 10.

13        ***Second***, Stone Brewing Company's recitation of the alleged timeline is false.  MillerCoors

14  has not known "for weeks" that Stone Brewing Company planned to call MillerCoors' CEO Gavin

15  Hattersley "as its first witness." Mot. 1.  Rather, Stone Brewing Company notified MillerCoors *for*

16  *the first time* on the evening of February 28, 2022, that it intended to call Mr. Hattersley as its first

17  trial witness.  *See* ECF No. 536-3, Curran Decl., Ex. 2.  As admitted by counsel for Stone Brewing

18  Company, after checking with Mr. Hattersley regarding his schedule, counsel for MillerCoors

19  responded to counsel for Stone Brewing Company *the very next day* (March 1) to alert them of the

20  scheduling conflict and that Mr. Hattersley would be available to testify on Thursday (March 10)

21  but not on Tuesday and Wednesday (March 8-9). *See* ECF No. 536-1, ¶¶ 3-4.

22        As memorialized in the February 1, 2022 Pretrial Order, "MillerCoors has [] repeatedly

23  asked Stone to provide its witness order so that MillerCoors can attempt to accommodate the

24  presence of witnesses who will be traveling from out of state without unduly burdening the

25  witnesses." 2/1/2022 Updated Joint (Proposed) Final Pretrial Order, at 12.  MillerCoors has also

26  asked for this information during meet and confer sessions.  For example, during a February 20,

27

28

DEFENDANT MILLERCOORS RESPONSE IN OPPOSITION TO STONE BREWING COMPANY'S
MOTION TO COMPEL ATTENDANCE OF GAVIN HATTERSLEY AT TRIAL

1 | 2022 meet and confer, counsel for MillerCoors again requested that Stone Brewing Company

2 | provide its witness order.  In particular, MillerCoors was concerned about holding open numerous

3 | days on its out-of-state CEO's calendar.  Stone Brewing Company's trial gamesmanship in

4 | refusing to provide more specificity around the dates it wanted Mr. Hattersley to testify is what

5 | has led to the current situation.

6 |    ***Finally***, accommodating Mr. Hattersley's schedule by allowing him to testify on Thursday

7 | instead of Tuesday of next week will not prejudice Stone Brewing Company and will not delay

8 | trial in this matter.  Notably, Stone Brewing Company cites no legal authority whatsoever in its

9 | motion to support its request to compel a non-subpoenaed, out-of-state witness to testify on

10 | Tuesday instead of Thursday, particularly early in a trial when there are numerous other witnesses

11 | Stone Brewing Company has indicated it intends to call in its case-in-chief.  Moreover, as a

12 | practical matter, Stone Brewing Company has stated that it intends to call several MillerCoors

13 | current and former employees in its case, including Joshua Wexelbaum and Sean Robberson.  *See*

14 | ECF No. 536-2.  Mr. Wexelbaum and Mr. Robberson will both be available to testify March 8 and

15 | March 9, to the extent Stone Brewing Company wants to call a MillerCoors-affiliated witness on

16 | those days, instead of the numerous Stone Brewing Company current or former employees on its

17 | witness list.

18 |

19 |    For all of these reasons, MillerCoors respectfully requests that the Court deny Stone

20 | Brewing Company's Motion to Compel the Attendance of Defendant's CEO Gavin Hattersley at

21 | Trial.

Dated: March 3, 2022

Quinn Emanuel Urquhart & Sullivan LLP

_/s/ Daniel R. Lombard_

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Jonathan C. Bunge (IL Bar No. 6202603)
jonathanbunge@quinnemanuel.com
Daniel R. Lombard (IL Bar No. 6290071)
daniellombard@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

CROWELL & MORING LLP
Kent B. Goss (SBN 131499)
KGoss@crowell.com
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Mariam Sarwar (SBN 329895)
MSarwar@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071 Telephone:
213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Molly A. Jones (SBN 301419)
MollyJones@crowell.com
3 Embarcadero Center, 26th Floor San
Francisco, CA 94111
Telephone:     415.986.2800
Facsimile:     415.986.2827

_Attorneys for Defendant_
_MILLERCOORS, LLC_