J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Forrest Arthur Hainline III, Esq. (SBN: 64166)
    hainline@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 599-0210

Douglas Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone:  (646) 829-9403
Facsimile:  (646) 829-9403

ATTORNEYS FOR PLAINTIFF
STONE BREWING CO., LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>　　Plaintiff / Counterclaim Defendant,<br><br>　　v.<br><br>MILLERCOORS LLC,<br><br>　　Defendant / Counterclaim Plaintiff. | Case No: 18-cv-0331-BEN-MDD<br><br>**PLAINTIFF STONE BREWING CO., LLC'S NOTICE OF SUBMISSION OF CORRESPONDENCE TO SPECIAL MASTER**<br><br>District Judge: Hon. Roger T. Benitez<br>Magistrate: Hon. Mitchell D. Dembin<br><br>Complaint Filed: February 12, 2018<br>Jury Trial: March 7, 2022 |

TO THE COURT AND ALL PARTIES OF RECORD:

On January 5, 2022, the Court appointed the Honorable Andrew J. Guilford to serve as special master in this case. ECF No. 499. The Court's Order appointing Judge Guilford instructs the parties to file with the Clerk copies of all papers that they submit to the Special Master for consideration. *Id.* Accordingly, Plaintiff Stone Brewing Co., LLC ("Stone") hereby provides notice of the following submissions to Judge Guilford, true and correct copies of which are attached hereto as **Attachments 1-19.** To reduce the volume of paper, Stone has submitted email strings as single attachments to this notice with all documents that were attached to any of the emails in a string appended to the end of each attachment:

1. **Attachment 1** – Email from Valerie Goo to Heidi Adams, dated January 26, 2022, with attachments
2. **Attachment 2** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 4, 2022, with attachments
3. **Attachment 3** – Email from J. Noah Hagey to counsel for Defendant, dated February 4, 2022
4. **Attachment 4** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 8, 2022
5. **Attachment 5** – Email from Heidi Adams to J. Noah Hagey, dated February 11, 2022
6. **Attachment 6** – Email from Hon. Andrew J. Guilford to counsel for Plaintiff and Defendant, dated February 22, 2022, with attachments
7. **Attachment 7** – Letter from J. Noah Hagey to Hon. Andrew J. Guilford, dated February 22, 2022
8. **Attachment 8** – Email from Hon. Andrew J. Guilford to counsel for Plaintiff and Defendant, dated February 22, 2022, with attachments
9. **Attachment 9** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 23, 2022

10. **Attachment 10** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 23, 2022 with attachments

11. **Attachment 11** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 23, 2022, with attachments

12. **Attachment 12** – Letter from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 23, 2022

13. **Attachment 13** – Email from Douglas S. Curran to Hon. Andrew J. Guilford, dated February 24, 2022

14. **Attachment 14** – Email from Margaret Haas to Hon. Andrew J. Guilford, dated February 24, 2022

15. **Attachment 15** – Email from Jenna Kelleher to counsel for Plaintiff and Defendant, dated February 24, 2022, with attachments

16. **Attachment 16** – Email from Jeffrey Theodore to Hon. Andrew J. Guilford, dated February 25, 2022, with attachments

17. **Attachment 17** – Email from Jeffrey M. Theodore to Hon. Andrew J. Guilford, dated February 27, 2022

18. **Attachment 18** – Letter from Douglas S. Curran to Hon. Andrew J. Guilford, dated March 1, 2022

19. **Attachment 19** – Email from Hon. Andrew J. Guilford to Douglas S. Curran, dated March 2, 2022

Dated: March 3, 2022

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: *s/ J. Noah Hagey*
      J. Noah Hagey

*Attorneys for Plaintiff*
*Stone Brewing Co., LLC*