# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO, LLC., <br> Plaintiff, <br> vs. <br><br> MOLSON COORS BREWING CO. ET AL <br><br> Defendant. | CASE NO. 18-CV-00331-BEN <br><br> ORDER REGARDING JURY FEES |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $50.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, **IT IS HEREBY ORDERED** that each member of the jury hearing the above case shall receive a total attendance fee of $60.00 per day for each day of service in excess of ten (10) days.

IT IS SO ORDERED.

DATED: 3/23/22

HONORABLE **ROGER T. BENITEZ**
United States District Judge