# VERDICT FORM

We the jury, being first duly empaneled and sworn in the case captioned *Stone Brewing Co., LLC v. MillerCoors LLC*, 18-CV-0331-BEN-MDD (S.D. Cal.), do find as follows:

1. **Trademark Infringement**

    Did Plaintiff prove by a preponderance of the evidence that Defendant infringed Plaintiff's STONE trademark?

    *Answer:* Yes ✓   No ____

*If you answered "Yes" to the preceding question, please answer the following two questions:*

2. **Damages**

    What amount of damages has Plaintiff proved by a preponderance of the evidence, if any, were caused by Defendant's infringement?

    *Amount:* $ 56 million

3. **Willfulness**

    Did Plaintiff prove by a preponderance of the evidence that Defendant's infringement was willful?

    *Answer:* Yes ____   No ✓

*Please sign and return the verdict form.*

\_\_\_\_[signature]\_\_\_\_                    3/25/2022
Presiding Juror                              Date