

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Stone Brewing Co., LLC

**Plaintiff,**

V.

Molson Coors Brewing Company;
MillerCoors LLC; Does 1 through 25

**Defendant.**

Civil Action No. 18-cv-00331-BEN-MDD

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

The jury found judgment in favor of Plaintiff Stone Brewing Co., LLC and against MillerCoors LLC. The jury found that Plaintiff did prove by a preponderance of the evidence that Defendant infringed Plaintiff's Stone trademark. Plaintiff is awarded $56,000,000 in damages. The jury found that the Plaintiff did not prove by a preponderance of the evidence that Defendant's infringement was willful.

Date:   3/30/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy