J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Forrest Arthur Hainline III, Esq. (SBN: 64166)
    hainline@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone:  (646) 829-9403
Facsimile:  (646) 829-9403

ATTORNEYS FOR PLAINTIFF
STONE BREWING CO., LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>MILLERCOORS LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No: 18-cv-0331-BEN-MDD<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES**<br><br>District Judge: Hon. Roger T. Benitez<br><br>**Date:**  May 16, 2022<br>**Time:**  10:30 am<br>**Judge:**  Hon. Roger T. Benitez<br>**Ctrm:**  5A<br><br>Complaint filed: February 12, 2018 |

Case No. 18-cv-0331-BEN-MDD

PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2022 at 10:30 a.m. in Courtroom 5A of the above-entitled Court, Plaintiff Stone Brewing Co., LLC ("Stone") will move for attorneys' fees pursuant to 15 U.S.C. § 1117(a).

The motion will be based upon this Notice, the Memorandum of Law filed herewith, the Declaration of Jeffrey M. Theodore filed herewith, the pleadings and filings in the case, the Court's files and records in this case, and upon any further evidence and argument that the Court may receive at or before the hearing.

Dated: April 13, 2022                                Respectfully Submitted,

                                                     BRAUNHAGEY & BORDEN LLP

                                                     By: s/ J. Noah Hagey
                                                          J. Noah Hagey

                                                     *Attorneys for Plaintiff*
                                                     *Stone Brewing Co., LLC*