UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>                              Defendant. | Case No.: 3:18-cv-00331-BEN-MDD<br><br>**ORDER ON MOTIONS TO FILE UNDER SEAL**<br><br>**[ECF Nos. 640, 651, 671, 696, 702, 705, 712]** |

Following the jury's verdict in this case, the Parties filed extensive post-trial motions. The Parties moved to file under seal portions of their briefs, declarations, and supporting exhibits.

The portions of the briefs, declarations, and exhibits sought to be sealed contain, reference, or discuss commercially sensitive and proprietary business data. These documents have been previously designated "Confidential," "Confidential – Attorneys' Eyes Only," or "Privileged" pursuant to the Protective Order issued in this case. *See* ECF No. 54.

"[C]ompelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might . . . become a vehicle for improper purposes, such as the use of records to . . . release trade secrets." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). A "trade secret may

consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it." The Court can seal proprietary information to protect a business from potential harm. *See Obesity Research Institute, LLC v. Fiber Research International, LLC*, No. 15-CV-00595-BAS-MDD, 2017 WL 6270268, at *2 (S.D. Cal. Dec. 8, 2017) (granting motion to file documents containing proprietary business information under seal).

Accordingly, the motions to seal are granted. Redacted versions of the aforementioned documents have been filed on the public docket. The Clerk is directed to file unredacted versions of the documents and exhibits lodged at Docket Numbers 645, 652, 673, 697, 703, 706, and 713 under seal.

**IT IS SO ORDERED.**

DATED: August 4, 2022

**Hon. Roger T. Benitez**
United States District Judge