# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No: 18-cv-0331-BEN-MDD<br><br>District Judge: Hon. Roger T. Benitez<br><br>**SUPERSEDEAS BOND**<br><br>Bond No.: **K40408897** |

WE, MILLERCOORS LLC n/k/a Molson Coors Beverage Co. USA LLC, as Principal, and Federal Insurance Company, as Surety, are bound to STONE BREWING CO., LLC as Obligee, jointly and severally in the maximum sum of $62,000,000.00, for the payment of which we bind ourselves, our heirs, executors, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND, is that: if the Principal shall satisfy any money judgment contained in the above case in full, including, if allowed by law, costs, fees, and interest; or if for any reason the money judgment contained in the above case is reversed, vacated, or otherwise voided in its entirety; then this obligation shall be null and void; otherwise, it will remain in full force and effect.

Written notice of claim on this surety bond shall be sent to the following:

Federal Insurance Company
Attn: Surety Claims Manager
436 Walnut Street WA08P
Philadelphia, PA 19106

Notwithstanding the foregoing, pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure and Rule 65.1 of the Federal Rules of Civil Procedure, the Surety submits itself to the jurisdiction of the United States District Court for the Southern District of California and irrevocably appoints the clerk of the District

Court as Surety's agent upon whom any papers effecting or affecting its liability on this obligation may be served. The Surety consents that, in the case of the Principal's or Surety's default, upon notice of not less than 28 days, the Court may proceed summarily and render judgment against the Surety and award execution.

*(signature pages follow)*

Signed and sealed this 8th day of October, 2022.

_____
Molson Coors Beverage Co. USA LLC
David Knaff, Assistant Secretary
3939 W. Highland Blvd.
Milwaukee, WI 53208



Signed and sealed this 7th day of October, 2022.

*[signature]*

Federal Insurance Company
Daniel P. Dunigan, Attorney-in-Fact
436 Walnut Street WA08P
Philadelphia, PA 19106



4

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT    Civil Code § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfullness, accuracy or validity of that document.

State of  Pennsylvania

County of  Chester

On  October 7, 2022  before me, Theresa Bassett, Notary Public
              Date                                                  Name and Title of Notary

personally appeared  Daniel P. Dunigan
                                   Name and or Names of Signer(s)

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
              Theresa Bassett      Notary Public Signature

> Commonwealth of Pennsylvania - Notary Seal
> THERESA BASSETT, Notary Public
> Chester County
> My Commission Expires October 12, 2023
> Commission Number 1007826

Place Notary Public Seal Above

_____ OPTIONAL _____

Though the information below is not required by law, it may prove valuable to the persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## Description of Attached Document

Title or Type of Document _____

Document Date _____  Number of Pages: _____

Signer's Name: _____

- ☐ Individual
- ☐ Corporate Officer – Title(s):_____
- ☐ Partner - ☐ Limited ☐ General
- ☐ Guardian or Conservator
- ☒ Attorney-in-Fact
- ☐ Trustee
- ☐ Other: _____
   Signer is representing _____
   Federal Insurance Company

RIGHT THUMBPRINT OF SIGNER
Top of thumb

- ☐ Individual
- ☐ Corporate Officer – Title(s):_____
- ☐ Partner - ☐ Limited ☐ General
- ☐ Guardian or Conservator
- ☐ Attorney-in-Fact
- ☐ Trustee
- ☐ Other: _____
   Signer is representing _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb

# CHUBB

## Power of Attorney

Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company
Westchester Fire Insurance Company | ACE American Insurance Company

**Know All by These Presents**, that FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY corporations of the Commonwealth of Pennsylvania, do each hereby constitute and appoint Brian C. Block, Daniel P. Dunigan, James L. Hahn, Kelly G. Hennessy and Joseph W. Kolok Jr. of Berwyn, Pennsylvania

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof**, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY have each executed and attested these presents and affixed their corporate seals on this 9th day of **June, 2022**.

Dawn M. Chloros, Assistant Secretary

Stephen M. Haney, Vice President

STATE OF NEW JERSEY
County of Hunterdon  ss.

On this 9th day of **June, 2022** before me, a Notary Public of New Jersey, personally came Dawn M. Chloros and Stephen M. Haney, to me known to be Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, the companies which executed the foregoing Power of Attorney, and the said Dawn M. Chloros and Stephen M. Haney, being by me duly sworn, severally and each for herself and himself did depose and say that they are Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY and know the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that their signatures as such officers were duly affixed and subscribed by like authority.

Notarial Seal

KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2024

Notary Public

## CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016; WESTCHESTER FIRE INSURANCE COMPANY on December 11, 2006; and ACE AMERICAN INSURANCE COMPANY on March 20, 2009:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Dawn M. Chloros, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,
(ii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this  **7th day of October, 2022**

Dawn M. Chloros, Assistant Secretary

IN THE EVENT YOU WISH TO VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT:
Telephone (908) 903-3493   Fax (908) 903-3656   e-mail: surety@chubb.com

Combined: FED-VIG-PI-WFIC-AAIC (rev. 11-19)

## FEDERAL INSURANCE COMPANY

### STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

December 31, 2021

(In thousands)

### ASSETS

| | |
|---|---:|
| Cash and Short Term Investments | $ (567,306) |
| United States Government, State and Municipal Bonds | 4,271,534 |
| Other Bonds | 5,994,673 |
| Stocks | 675,588 |
| Other Invested Assets | 1,647,712 |
| **TOTAL INVESTMENTS** | **12,022,201** |
| Investments in Affiliates: | |
| Great Northern Ins. Co. | 414,638 |
| Vigilant Ins. Co. | 354,696 |
| Chubb Indemnity Ins. Co. | 183,242 |
| Chubb National Ins. Co. | 190,801 |
| Other Affiliates | 118,373 |
| Premiums Receivable | 1,726,853 |
| Other Assets | 3,078,466 |
| **TOTAL ADMITTED ASSETS** | **$ 18,087,070** |

### LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---:|
| Outstanding Losses and Loss Expenses | $ 8,701,383 |
| Reinsurance Payable on Losses and Expenses | 1,484,196 |
| Unearned Premiums | 2,400,711 |
| Ceded Reinsurance Premiums Payable | 366,332 |
| Other Liabilities | 498,472 |
| **TOTAL LIABILITIES** | **13,451,094** |
| Capital Stock | 20,980 |
| Paid-In Surplus | 2,711,474 |
| Unassigned Funds | 1,903,522 |
| **SURPLUS TO POLICYHOLDERS** | **4,635,976** |
| **TOTAL LIABILITIES AND SURPLUS** | **$ 18,087,070** |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. At December 31, 2021, investments with a carrying value of $509,085,162 were deposited with government authorities as required by law.

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John Taylor, being duly sworn, says that he is Senior Vice President of Federal Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31st day of December, 2021.

Sworn before me this March 16, 2022

Senior Vice President

Jaime L. Yates
Notary Public

September 19, 2023
My commission expires

Commonwealth of Pennsylvania - Notary Seal
Jaime L. Yates, Notary Public
Philadelphia County
My commission expires September 19, 2023
Commission number 1357070
Member, Pennsylvania Association of Notaries