# EXHIBIT 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jonathan C. Bunge (IL Bar No. 6202603)
jonathanbunge@quinnemanuel.com
Daniel R. Lombard (IL Bar No. 6290071)
daniellombard@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

CROWELL & MORING LLP
Kent B. Goss (SBN 131499)
kgoss@crowell.com
Valerie M. Goo (SBN 187334)
vgoo@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendant/Counterclaim Plaintiff
MILLERCOORS, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STONE BREWING CO., LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>MILLERCOORS LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No: 18-cv-0331-BEN-MDD<br><br>**CERTIFICATION OF DANIEL R. LOMBARD IN SUPPORT OF MILLERCOORS' UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT** |

## DECLARATION OF DANIEL R. LOMBARD

I, Daniel R. Lombard, declare as follows:

1. I am counsel for MillerCoors LLC, the Defendant in this action. I am a member in good standing of the bar of the State of Illinois, and I am authorized to practice in the U.S. District Court for the Southern District of California pursuant to Local Civil Rule 83.3(c)(3). I make this declaration in support of MillerCoors' Unopposed Motion for Approval of Supersedeas Bond and Stay of Execution and Enforcement of Judgment (the "Motion") pursuant to Civil Local Rule 65.1.2(e)(1).

2. The bond attached to MillerCoors' Motion as Exhibit 1 has been examined and recommended for approval as provided in Civil Local Rule 65.1.2, and the within bond is required by law to be approved by a judge.

Dated this 11th day of October, 2022

/s/ Daniel R. Lombard
Daniel R. Lombard

*Counsel for Defendant MillerCoors LLC*