# EXHIBIT 3

1  I hereby approve the foregoing bond:

2

3  Dated: _____, 2022          _____

4                                                 Hon. Roger T. Benitez
                                                   United States District Judge
5