FILED

AUG 03 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE BREWING CO. LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC,<br><br>Defendant. | Case No.: 3:18-cv-00331-BEN-MDD<br><br>**ORDER:**<br><br>**(1) APPROVING SUPERSEDEAS BOND; AND**<br><br>**(2) STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT**<br><br>[ECF No. 745] |

Before the Court is Defendant's Unopposed Motion for Approval of its proffered supersedeas bond in the amount of $62,000,000.00. ECF No. 745. The Defendant also moved for a Stay of Execution and Enforcement of Judgment until all appeals in this matter are exhausted. *Id.*

F.R.C.P. 62(b) allows a party to "obtain a stay by providing a bond or other security." The stay takes effect when the court approves the bond. F.R.C.P. 62(b). "District courts have inherent discretionary authority in setting supersedeas bonds." *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1. (9th Cir. 1987). The Court, having reviewed the motion and attached supersedeas bond, **APPROVES** the bond. ECF No. 745. The Court further **GRANTS** the Defendant's unopposed request for stay of execution and enforcement of the Judgement in this case. *Id.*

**IT IS SO ORDERED.**

Dated: August 3, 2023

HON. ROGER T. BENITEZ
United States District Judge